# Exhibit 2

https://www.eff.org/issues/stupid-patent-month



## Stupid Patent of the Month

Here at EFF, we see a lot of stupid patents. There was the patent on "scan to email." And the patent on "bilateral and multilateral decision making." There are so many stupid patents that Mark Cuban endowed a chair at EFF dedicated to eliminating them. We wish we could catalog them all, but with tens of thousands of low-quality software patents issuing every year, we don't have the time or resources to undertake that task.



But in an effort to highlight the problem of stupid patents, we're introducing a new blog series, Stupid Patent of the Month, featuring spectacularly dumb patents that have been recently issued or asserted. With this series, we hope to illustrate by example just how badly reform is needed—at the Patent Office, in court, and in Congress.

**BLOG POSTS**

MARCH 31, 2017
Stupid Patent of the Month: Storing Files in Folders

FEBRUARY 28, 2017
Stupid Patent of the Month: IBM Patents Out-of-Office Email

JANUARY 31, 2017
Stupid Patent of the Month: A Lyrics Website With User Interaction

DECEMBER 22, 2016
Stupid Patent of the Month: Carrying Trays on a Cart

NOVEMBER 30, 2016
Stupid Patent of the Month: Movies From the Cloud

OCTOBER 31, 2016

https://www.eff.org/issues/stupid-patent-month

Stupid Patent of the Month: Changing the Channel

SEPTEMBER 30, 2016
Stupid Design Patent of the Month: Rectangles on a Screen

AUGUST 31, 2016
Stupid Patent of the Month: Elsevier Patents Online Peer Review

JULY 29, 2016
Stupid Patent of the Month: Solocron Education Trolls With Password Patent

JUNE 30, 2016
Stupid Patent of the Month: Storage Cabinets on a Computer

**1 of 4**   next ›