# Exhibit 5

https://www.eff.org/deeplinks/2016/06/stupid-patent-month-storage-cabinets-computer



JUNE 30, 2016 | BY DANIEL NAZER

# Stupid Patent of the Month: Storage Cabinets on a Computer



How do you store your paper files? Perhaps you leave them scattered on your desk or piled on the floor. If you're more organized, you might keep them in a cabinet. This month's stupid patent, US Patent No. 6,690,400 (the '400 patent), claims the idea of using "virtual cabinets" to graphically represent data storage and organization. While this is bad, the worse news is that the patent's owner is suing just about anyone who runs a website.

The '400 patent is owned by Global Equity Management (SA) Pty. Ltd. ("GEMSA") which seems to be a classic patent troll. GEMSA is incorporated in Australia and appears to have no business other than patent litigation. The patent began its life with a company called Flash VOS. This company once offered a product that allowed users to run multiple operating systems on personal computers with x86-compatible processors. The '400 patent describes a graphical user interface for this system. The interface allows users to interact with "graphical depictions of cabinets" that represent memory partitions and different operating systems.

GEMSA says that Flash VOS moved the computer industry a "quantum leap forwarded in the late 90's when it invented Systems Virtualization." But Flash VOS didn't invent partitions, didn't invent virtual machines, and didn't invent running multiple operating systems on a single computer. All of these concepts predate its patent application, some by decades. In any event, the '400 patent claims only a very specific, and in our view, quite mundane user interface.

Importantly, the '400 patent's claims require very specific structures. For example, claim 1 requires "a secondary storage partitions window" and "at least one visible cabinet representing a discrete operating system." A user interface must have *all* of these features to infringe the claim.

https://www.eff.org/deeplinks/2016/06/stupid-patent-month-storage-cabinets-computer

In the past year, GEMSA has sued dozens of companies, ranging from Airbnb to Zillow. In each case, it makes the bare assertion that the defendant's website infringes the '400 patent. For example, it simply states that "AIRBNB maintains, controls and/or operates a website with a graphical user interface ("GUI") at www.airbnb.com that infringes one or more claims of the '400 patent."

GEMSA doesn't explain how Airbnb's website satisfies highly specific claim limitations like "a virtual cabinet representing a discrete operating system." In fact, the accused website bears almost no similarity to GEMSA's supposed invention:



As far as we can tell, GEMSA seems to think that anyone with a website that links to hosted content infringes its patent. Complaints with such sparse, and implausible, infringement allegations should be thrown out immediately for failure to state a claim.

There will be no prizes for guessing where GEMSA has filed its litigation. Every one of its cases was filed in the Eastern District of Texas, where we have long complained that local rules favor patent trolls like GEMSA. Venue reform legislation currently before Congress would stop trolls flocking to the Eastern District of Texas. That might help reduce abusive patent trolling. But we still need broader patent reform to ensure that such weak patents don't lead to abusive troll litigation.

# Files

- global_equity_management_v_airbnb_complaint.pdf
- global_equity_management_v_zillow_complaint.pdf

Patents   Patent Trolls   Stupid Patent of the Month   Innovation

**MORE DEEPLINKS POSTS LIKE THIS**

JULY 2016

**RECENT DEEPLINKS POSTS**

APR 8, 2017

https://www.eff.org/deeplinks/2016/06/stupid-patent-month-storage-cabinets-computer

Stupid Patent of the Month: Solocron Education Trolls With Password Patent

JULY 2015

Stupid Patent of the Month: Trolls Go After Sex Toy Manufacturers

MARCH 2017

Stupid Patent of the Month: Storing Files in Folders

JUNE 2015

Stupid Patent of the Month: Wetro Lan Sues Entire Network Security Industry With Expired Garbage Patent

AUGUST 2015

Stupid Patent of the Month: A Drink Mixer Attacks the Internet of Things

Ninth Circuit Sends a Message to Platforms: Use a Moderator, Go to Trial

APR 7, 2017

Dream Job Alert: Defend Digital Freedom as an EFF Activist

APR 6, 2017

Twitter Fights Effort by Customs and Border Protection to Identify Administration Critic

APR 6, 2017

Border Search Bill Would Rein in CBP

APR 6, 2017

The Four Flavors of Automated License Plate Reader Technology

## DEEPLINKS TOPICS

Fair Use and Intellectual Property: Defending the Balance
Free Speech
Innovation
UK Investigatory Powers Bill
International
Know Your Rights
Privacy
Trade Agreements and Digital Rights
Security
State-Sponsored Malware
Abortion Reporting
Analog Hole
Anonymity
Anti-Counterfeiting Trade Agreement
Artificial Intelligence & Machine Learning
Biometrics
Bloggers' Rights
Border Searches
Broadcast Flag
Broadcasting Treaty
CALEA
Cell Tracking

DRM
E-Voting Rights
EFF Europe
Electronic Frontier Alliance
Encrypting the Web
Export Controls
Eyes, Ears & Nodes Podcast
FAQs for Lodsys Targets
File Sharing
Fixing Copyright? The 2013-2016 Copyright Review Process
FTAA
Genetic Information Privacy
Government Hacking and Subversion of Digital Security
Hollywood v. DVD
How Patents Hinder Innovation (Graphic)
ICANN
International Privacy Standards
Internet Governance Forum
Law Enforcement Access
Legislative Solutions for Patent Reform
Locational Privacy
Mandatory Data Retention

Patent Trolls
Patents
PATRIOT Act
Pen Trap
Policy Analysis
Printers
Public Health Reporting and Hospital Discharge Data
Reading Accessibility
Real ID
Reclaim Invention
RFID
Search Engines
Search Incident to Arrest
Section 230 of the Communications Decency Act
Shadow Regulation
Social Networks
SOPA/PIPA: Internet Blacklist Legislation
Student Privacy
Stupid Patent of the Month
Surveillance and Human Rights
Surveillance Drones
Terms Of (Ab)Use
Test Your ISP

https://www.eff.org/deeplinks/2016/06/stupid-patent-month-storage-cabinets-computer

| | | |
|---|---|---|
| Coders' Rights Project | Mandatory National IDs and Biometric Databases | The "Six Strikes" Copyright Surveillance Machine |
| Computer Fraud And Abuse Act Reform | Mass Surveillance Technologies | The Global Network Initiative |
| Content Blocking | Medical Privacy | The Law and Medical Privacy |
| Copyright Trolls | Mobile devices | TPP's Copyright Trap |
| Council of Europe | National Security and Medical Information | Trans-Pacific Partnership Agreement |
| Cyber Security Legislation | National Security Letters | Travel Screening |
| CyberSLAPP | Net Neutrality | TRIPS |
| Defend Your Right to Repair! | No Downtime for Free Speech | Trusted Computing |
| Development Agenda | NSA Spying | Video Games |
| Digital Books | OECD | Wikileaks |
| Digital Radio | Offline : Imprisoned Bloggers and Technologists | WIPO |
| Digital Video | Online Behavioral Tracking | Transparency |
| DMCA | Open Access | Uncategorized |
| DMCA Rulemaking | Open Wireless | |
| Do Not Track | Patent Busting Project | |







Thanks | RSS Feeds | Copyright