# Exhibit 6

https://www.google.com/patents/US6690400



Patents

# Graphic user interface for resources management of super operating system based computers

US 6690400 B1

## ABSTRACT

This invention is a Graphic User Interface (GUI) that enables a user to virtualize the system and to define secondary storage physical devices through the graphical depiction of cabinets. The GUI allows the user to assign each cabinet a name, and to define the cabinet by its software, which may include single or multiple operating systems, programs and/or data files. The user is also allowed to manipulate (format, copy, resize, delete, zip) memory partitions in the secondary storage physical devices. The GUI also features graphically editable Internet hyperlinks for communication or remote management. Also, this invention uses a combination of Flash VOS VTOC and ACPI to perform "Cold Swaps" or "Context Switching", which remove one active OS temporarily from all or part of memory and replace it with another active OS in all or part of memory. Information can be shared by multiple Operating Systems through the defined access to Shared Devices or Shared Partitions. The GUI can be used on a variety of computer systems, including multiple operating system and super operating system based computers.

| | |
|---|---|
| Publication number | US6690400 B1 |
| Publication type | Grant |
| Application number | US 09/409,013 |
| Publication date | Feb 10, 2004 |
| Filing date | Sep 29, 1999 |
| Priority date | Sep 29, 1999 |
| Fee status | Paid |
| Inventors | Parviz Moayyad, Schumann Rafizadeh |
| Original Assignee | Flash Vos, Inc. |
| Export Citation | BiBTeX, EndNote, RefMan |

Patent Citations (5), Referenced by (93), Classifications (13), Legal Events (7)

**External Links:** USPTO, USPTO Assignment, Espacenet

## IMAGES (18)



## DESCRIPTION

CROSS-REFERENCE TO RELATED APPLICATIONS

This application contains subject matter which is related to the application "Storage Manager for Computer Devices and Method for Manipulating Secondary Storage", Ser. No. 90/283,418, Art Unit 2783, filed on Apr. 1, 1999 by Shumann Rafizadeh, assigned to Flash Vos, Inc.

STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

TITLE OF THE INVENTION

Graphic User Interface for Resources Management of Super Operating System Based Computers.

BACKGROUND OF THE INVENTION

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

1. Technical Field

## CLAIMS (39)

We claim:

1. A graphic user interface for displaying means for allocating a computer device's resources to multiple operating system environments, partitioned on individual virtual cabinets, on said computer device, said graphic user interface comprising:

    a main menu bar;

    a cabinet selection button bar;

    said cabinet selection button bar graphically representing at least one virtual cabinet;

    each said at least one virtual cabinet representing a discrete operating system;

    a secondary storage partitions window;

    a cabinet visible partition window;

    said secondary storage partitions window graphically illustrating at least one partition of at least one secondary storage device;

    said cabinet visible partition window graphically illustrating a cabinet record corresponding to a selected virtual cabinet on said cabinet selection button bar; and

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.

https://www.google.com/patents/US6690400

This invention relates generally to computer operating systems, programs and databases, and more particularly, to graphic user interfaces allowing storage management and manipulation of multiple operating systems.

2. Background Information

This invention. relates generally to Graphic User Interfaces (GUI), applicable to various computer operating systems, including Multiple and Super Operating Systems. Specifically, this invention enables such computers to allocate computer resources graphically to one or more operating systems from the same or different software developers and select one or more of the existing environments to boot and run on the computer. Thus the user will be able to operate on the same computer to select multiple applications from various suppliers designed for various stand-alone operating systems or computers.

This invention is particularly useful in conjunction with super or higher level multiple operating systems or multi-boot environments. Super operating systems allow computer users to load multiple operating systems from secondary storage into main memory. This option frees the user from having to purchase software programs that are compatible with only one operating system, and further enables the user to benefit from the strengths of more than one operating system without having to maintain multiple computers.

The cornerstone of a super operating systems GUI is system virtualization, in which physical devices, such as a hard disk and memory, are mapped repeatedly or partitioned into a number of logical devices, each containing a separate operating system. These partitions, however, need to be set up as stable and rigid partitions or mappings so that the operating systems do not mix, intermingle, call on each other, or exchange data, unless the user desires such exchange. It would thus be beneficial to the prior art to provide a GUI mechanism that enables such system management locally or remotely.

Similarly, when certain operating systems, such as the Windows family of operating systems, are loaded from secondary storage to main memory, they are designed to monopolize and re-configure the entire computer system, including secondary storage devices, to suit their particular requirements and parameters. If more than one operating system is to co-exist in the same physical device (as is the case in super operating systems), then such operating systems must be restricted from accessing any portion of the secondary storage address blocks that contain the other operating systems. Therefore, it would be beneficial to the prior art to provide a GUI tool for a user to manage system resources and restrict access to pre-specified resources.

Typically, upon Power On or Restart the computer BIOS transfers (or boots) the single operating system that controls the entire computer resources. These resources are distributed and managed between the applications, users or system invoked for operation. This GUI invention will allow the users to run optionally any application they wish run on their computer, by allowing the user to allocate and manage the system resources between one or more environments, such as cabinets or partitions, using one or more operating systems compatible with that system's hardware.

Furthermore, this GUI will facilitate user access to the Internet with or without traditional browsers by using any applications, both Operating System (OS) present and No-OS stand-alone, capable of communication with the Internet or another remote computer.

This GUI also facilitates local or remote reporting or manipulation of computer system environments, including storage size, user time allocation, user privileges, sharing and security of data, separations of potential users (such as parents and children, teachers and students or classes), different accounting periods and systems.

When different users use a computer system at different times, there is currently no operating-system-independent way to protect the data appropriate for one user from other users.

each said at least one cabinet visible partition window representing an operating system plus application software, databases and memory configured with said selected virtual cabinet.

  2. A graphic user interface as in claim 1, further comprising:

     means for manipulating said selected virtual cabinet record through said cabinet visible partition window.

  3. A graphic user interface as in claim 2, further comprising:

     a main toolbar; and

     a cabinet properties window.

  4. A graphic user interface as in claim 3, further comprising means for designating and illustrating one of said at least one cabinet record as an active selected virtual cabinet.

  5. A graphic user interface as in claim 4, further comprising means for designating and illustrating one of said at least one partition in each of said at least one cabinet record as a bootable partition for said at least one cabinet record.

  6. A graphic user interface as in claim 4, further comprising a timer window for graphically illustrating a countdown from a modifiable pre-specified number to "0".

  7. A graphic user interface as in claim 4, further comprising at least one button associated with an application program that does not require an operating system to be downloaded directly into a memory of said computer device.

  8. A graphic user interface as in claim 4, further comprising means for restricting access to sail at least one cabinet record through a password input.

  9. A graphic user interface as in claim 4, further comprising means for naming said at least one cabinet record.

  10. A graphic user interface as in claim 4, further comprising means for remote management of any of said multiple operating systems.

  11. A graphic user interface as in claim 4, further comprising means for allocation of at least one shared partition to more than one of said multiple operating systems in said computer device.

  12. A graphic user interface as in claim 4, further comprising means for allocation of at least one shared device to more than one of said multiple operating systems in said computer device.

  13. A graphic user interface as in claim 4, further comprising means for portability in operation in said computer device with said multiple operating systems.

  14. A graphic user interface as in claim 4, further comprising means for portability in operation of at least one No-OS embedded software application in said computer device.

  15. A graphic user interface as in claim 4, wherein said multiple operating system is a super operating system.

16. A graphic user interface for displaying moans for allocating a computer device's resources to at least one operating system on said computer device, said graphic user interface comprising:

    a secondary storage partitions window for graphically illustrating each of at least one partition of at least one secondary storage device for each of at least one operating systems on said computer;

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.

https://www.google.com/patents/US6690400

For instance, parents who use a computer for business purposes cannot, in general, protect their critical data while allowing children to play games on the same system. It would therefore be beneficial to the prior art to provide a GUI Interface for allocation of secondary storage device that can restrict access to a pre-specified section, independent of any operating system, in the form of Virtual Cabinets (Cabinet Records, hereinafter referred to as "Cabinets"). A cabinet is defined herein as a virtual storage device, capable of containing, typically through the use of virtual table of content pointers, all (or partitions of) shared (or non-shared) operating systems, application software (both OS dependent and No-OS embedded), databases and memory.

Prior art known in the industry includes power management and configuration tools and standards such as Advanced Configuration and Power Interface (ACPI), System Table of Contents and Organizations such as Flash Vos Dynamic or Static Virtual Table of Contents (VTOC) and Self Virtualizing Storage. ACPI is a power management specification that enables the operating system to control the amount of power given to each device attached to the computer. With ACPI, the operating system can turn off peripheral devices, such as CD-ROM players, when they are not in use, or can automatically power up the computer as soon as an input device such as a mouse is moved. The Flash Vos Dynamic or Static Virtual Table of Contents (VTOC) is part of a Storage Manager, wherein relevant identifying information is contained for each Partition of secondary storage. At least one Cabinet is created, containing a list of Partitions. Each Cabinet can have a separate list of Partitions, and each Partition can be included in more than one Cabinet. One of the Cabinets is designated as an Active Cabinet. Upon continuation of the boot sequence, the contents (i.e., the list of Partitions within that Cabinet) replace the Partition list of the secondary storage device. If the secondary storage device is bootable, then the Partition within that Cabinet marked as bootable is bootstrapped and is loaded into main memory. The contents of the Partitions and Cabinets may be modified by a user through a graphic user interface, such as described in this invention.

Other related art includes Graphic User Interfaces such as Windows or Xwindows, Bitmap Graphics, VGA, SVGA, User Prompting, Pointing Devices and Internet (including HTML) interfaces, all of which are known by those skilled in the art of computer programming.

Prior art patents include the Eick '998 Patent (U.S. Pat. No. 5,945,998, issued Aug. 31, 1999). The '998 Patent discloses a software apparatus that displays subentities in a computer program graphically, to allow the user to go to a subroutine or subentity without scrolling. The '998 Patent does not teach movement of operating systems within a super operating system environment to specified cabinets, partition modification or remote location control of partition setup.

BRIEF SUMMARY OF THE INVENTION

This invention is a Graphic User Interface that enables a user to virtualize a computer system and to define secondary storage physical devices, in single or multiple/super operating system environments. The system, at its firmware level, enables a user to define and alter the address boundaries of the physical devices and memory. The address boundaries of the physical devices are defined by the address boundaries of one of the logical devices, which has been partitioned or remapped within that physical device. Because such boundary definitions can be implemented at the firmware level of the physical device, every address access request, regardless of its origin and regardless of the origin of the request (i.e., the software component issuing the request), can be subject to the firmware-defined boundaries.

Accordingly, the objectives of this invention are to provide, inter alia, a Graphic User Interface and functions that:

graphically defines multiple functions for allocation of system resources for use in multiple operating systems or no operating system (No-OS or embedded)

means for configuring said at least one partition of said at least one secondary storage device through said secondary storage partitions window;

a cabinet selection button bar;

said cabinet selection button bar graphically representing at least one virtual cabinet record;

each said at least one virtual cabinet record representing a discrete operating system;

a cabinet visible partition window for graphically illustrating a selected virtual cabinet record;

means for manipulating said at least one cabinet record through said cabinet visible partition window;

said cabinet visible partition window graphically illustrating am operating system plus application software, databases and memory configured with said selected virtual cabinet; and

means for modifying said at least one cabinet record through said cabinet visible partition window.

> 17. A graphic user interface as in claim 16, further comprising means fair designating and illustrating one of said at least one cabinet record as an active cabinet.

> 18. A graphic user interface as in claim 17, further comprising means for designating and illustrating one of said partitions in each of said at least one cabinet record as a bootable partition for said at least one cabinet record.

> 19. A graphic user interface as in claim 17, further comprising at least one direct button associated with an application program that does not require an operating system to be downloaded directly into a memory of said computer device.

> 20. A graphic user interface as in claim 17, further comprising means for restricting access to said at least one cabinet record through a password input.

> 21. A graphic user interface as in claim 17, further comprising means for naming said at least one cabinet record.

> 22. A graphic user interface as in claim 17, further comprising means for remote management of any of said at least one operating systems.

> 23. A graphic user interface as in claim 17, further comprising means for allocation of at least one shared partition to more than one of said at least one operating system in said computer device.

> 24. A graphic user interface as in claim 17, further comprising means for allocation of at least one shared device to more than one of said at least one operating system in said computer device.

> 25. A graphic user interface as in claim 17, further comprising means for portability in operation is said computer device with said at least one operating system.

> 26. A graphic user interface as in claim 17, further comprising means for portability in operation of at least one No-OS embedded software applications in said computer device.

> 27. A graphic user interface as in claim 18, further comprising a timer window for graphically illustrating a countdown from a modifiable pre-specified number to "0".

> 28. A computer program product for use on a computer system with a memory

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.

https://www.google.com/patents/US6690400

graphically defines any size of feature windows and totally hide them if necessary;

save the specific views as needed for all function windows;

enable restricted partitioning and supports storage virtualization;

allows the remote management of any of the operating systems through selection of any bootable cabinet or partition upon invoking the OS Manager component of the GUI; and

enables such partitioning and supports such storage virtualization regardless of the origin of an address request and independent of any operating system.

The functions are performed in the following organizations:

System and OS Functions

Partition Tools and Functions:

Create, Delete, Format, Copy, Resize, Zip or Pack, Set Bootable

Cabinet Tools and Functions:

List, View, Default Boot, Boot, Create, Delete, Virtualization, Set Attributes, Invoke Cabinets

Operating Systems Tools and Functions:

Boot Option, Size, Logo, Security, Resources and Management.

Internet Functions

This GUI window allows the user to use the Internet to remotely select other systems and organizations that are frequently accessed to be tailored and available for direct communication with or without requiring a specific (OS Dependent or Independent) browser or link up program.

User Functions

This window allows the user to select his most commonly used applications regardless of the specific OS or No OS environment and quickly access them from the GUI.

Flash Vos Site access

This GUI option allows users to access the Flash Vos Web site for update of their software, purchase or license of additional software and or information and products.

Management Functions

The GUI provides a Local and Remote Management Option for any number of the supported OS environment(s). Examples of such support management tools include Intel's Landesk, CA's Unicenter, Flash Vos and Norton Utilities.

Other objects of the invention will become apparent from time to time throughout the specification hereinafter disclosed.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 depicts the Boot View of the FVOS GUI.

FIG. 2 depicts the Super User Password Change Window of the FVOS GUI.

FIG. 3 depicts the Cabinet Name Editor of the FVOS GUI.

FIG. 4 depicts the Primary OS Version Editor of the FVOS GUI.

FIG. 5 depicts the Remote Manager Editor of the FVOS GUI.

FIG. 6 depicts the Cabinet Icon Editor of the FVOS GUI.

comprising a computer usable medium having computer readable program code thereon for generating, a graphic user interface on the display device which facilitates manipulation of operating systems, programs and databases in said multiple operating system, the computer readable program code comprising:

program code for accessing and displaying each of at least one partition of at least one secondary storage device;

program code for configuring said at least one partition of said at least one secondary storage device through a secondary storage partitions window;

program code for displaying a cabinet selection button bar;

said cabinet selection button bar graphically representing at least one virtual cabinet record;

each said at least one virtual cabinet record representing a discrete operating system;

program code for displaying a cabinet visible partition window for graphically illustrating, at least one cabinet record, each of said at least one cabinet record representing an operating system plus application software, databases and memory configured with said selected virtual cabinet record;

program code for manipulating said virtual cabinet record through said cabinet visible partition window; and

program code for means for modifying said at least one cabinet record through said cabinet visible partition window.

29. A computer program product as in claim 28, further comprising program code means for designating and illustrating one of said at least one cabinet record as an active cabinet.

30. A computer program product as in claim 29, further comprising program code means for designating and illustrating one of said at least one partition in each of said at least one cabinet record as a bootable partition for said at least one cabinet record.

31. A computer program product as in claim 30, further comprising program code means for displaying a timer window for graphically illustrating a countdown from a modifiable pre-specified number to "0".

32. A computer program product as in claim 30, further comprising program code means for at least one button associated with an application program that does not require an operating system to be downloaded directly into a memory of said computer system.

33. A computer program product as in claim 30, further comprising program code means for restricting access to said at least one cabinet record through a password input.

34. A computer program product as in claim 30, further comprising program code means for naming said at least one cabinet record.

35. A computer program product as in claim 30, further comprising program code means for remote management of any of said multiple operating systems.

36. A computer program product as in claim 30, further comprising program code means for allocation of at least one shared partition to more than one of said multiple operating systems in said computer system.

37. A computer program product as in claim 30, further comprising program code means for allocation of at least one shared device to more than one of said multiple operating systems in said computer system.

https://www.google.com/patents/US6690400

FIG. 8 depicts the Active Contents Window of the FVOS GUI.

FIG. 9 depicts the Boot Cabinet Button of the FVOS GUI.

FIG. 10 depicts the Configuration View of the FVOS GUI.

FIG. 11 depicts the Cabinet Editor Button of the FVOS GUI.

FIG. 12 depicts the Change Cabinet Count Window of the FVOS GUI.

FIG. 13 depicts the Partition Toolbar of the FVOS GUI.

FIG. 14 depicts the Internet Button Editor of the FVOS GUI.

FIG. 15 depicts FVOS GUI with the Boot Stop Button active.

FIG. 16 depicts the Partition Resizing Window of FVOS GUI.

FIG. 17 depicts the Partition Formatting Window of FVOS GUI.

NOTE: The Figures provided in this disclosure may include trademarks belonging to entities other than the present inventor. These trademarks are included only for representational descriptions, and do not form in part or in whole any disclosure or claim.

38. A computer program product as in claim 30, further comprising program code means for portability in operation in said computer system with said multiple operating systems.

39. A computer program product as in claim 30, further comprising program code means for portability in operation of at least one No-OS embedded software application in said computer system.

DETAILED DESCRIPTION OF THE INVENTION

The Graphic User Interface ("GUI") of the present invention enables a user to allocate and manage the resources of a computer system by defining one or more cabinets, each cabinet containing one or more partitions of one or more existing software and/or data. Examples of such existing software includes operating systems ("OS"), OS dependent programs and No-OS (self-contained, embedded OS) programs. This resource allocation and management is performed graphically with a pointing device and/or keyboard, and is referred to as Flash Vos GUI **10** or FVOS GUI **10** for short. FVOS GUI **10** also allows users to tailor the computer system to be managed locally or remotely, manipulate and share partitions, cabinets and files and their characteristics or operating environments. For the purposes of this invention and disclosure, the terms "Virtual Cabinet", "Cabinet Record" and "cabinet" are synonymous. A cabinet is defined herein as a virtual storage device, capable of containing, typically through the use of virtual table of content pointers, all (or partitions of) shared (or non-shared) operating systems, application software (both OS dependent and No-OS embedded), databases and memory. This invention provides, inter alia, means for manipulating cabinets. This manipulation comprises adding partitions, deleting partitions, naming the cabinet, assigning an icon to the cabinet, configuring partitions in the cabinet, defining user access, defining remote management functions and booting the cabinet.

FVOS GUI **10** is portable, in that it is capable of being executed on various types of data processing systems without converting it to a different language and with little or no modification.

FVOS GUI **10** uses a combination of Flash VOS VTOC (Virtual Operating System—Virtual Table of Contents) and Advanced Configuration and Power Interface (ACPI) to perform "Cold Swaps" or "Context Switching." A Cold Swap removes one active OS temporarily from all or part of memory and replaces it with another OS in all or part of memory with another active OS, and further allows sharing of information by Shared Device or Shared Partitions among multiple Operating Systems.

FVOS GUI **10** provides access restriction for privileged or various users by password and virtual boundary establishments.

FIG. 1 depicts the Boot View of FVOS GUI **10**. Depicted in FIG. 1 are typical components of FVOS GUI **10**, comprising Main Pull Down Menu Bar **60**, Main Toolbar **65**, Cabinet Selection Button Bar **70**, Cabinet Properties Window **30**, Secondary Storage Partitions Window **80**, Active Selected Cabinet Visible Partition Window **90** and URL Internet Button Bar **95**.

In the preferred embodiment, many of the functions performed by FVOS GUI **10** are allowed only for "Super Users", who must log into FVOS GUI **10** by verifying a password, such as under the "Options" pull-down menu of Main Pull Down Bar **60**. In an alternative embodiment, Main Pull Down Bar **60** can be an alternative menu bar, comprising devices such as link buttons, hot keys, function keys or other function call-ups known in the industry. The Super User can change the password through Password Change Window **99**, as depicted in FIG. **2**. Password Change Window **99** is typically activated through the "Options" pull down menu of Main Pull Down Bar **60**, by selecting the "change password" option and then verifying the current password. A Super User is able to create new memory partitions, delete partitions, format partitions, copy partitions, resize partitions, zip partitions, create and edit cabinets and change passwords. In an alternative embodiment, any user may perform any of the functions afforded by the design of FVOS GUI **10**, including all described as being used by a Super User.

In FIG. 1, Cabinet Buttons **20** represent inactive cabinets, which contain operating systems, programs and data not in current use by the computer. Cabinet Button **21** represents an active cabinet, which contains the selected software and

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.

https://www.google.com/patents/US6690400

The name of each cabinet named in Cabinet Name Window **31** is chosen by the "Super User" and is arbitrary. In the preferred embodiment, the name selected will be that of the primary operating system contained in the cabinet. The name is editable through Cabinet Name Editor **45**, depicted in FIG. **3**. In Cabinet Name Editor **45**, the "Super User" types in the name text via a keyboard or similar input device. The Text Color, Background Color and Font for the cabinet name depicted in Cabinet Name Window **31** are selected in Cabinet Name Editor **45** from drop-down menus using a standard pointing device such as a mouse.

The text shown in Primary Operating System Version Window **32** identifies the release version of the primary operating system contained in the active cabinet. The text shown is editable by the "Super User" through the Primary Operating System Version Editor **50**, depicted in FIG. **4**. In Primary Operating System Version Window **50**, the user types in the name text via a keyboard or similar input device. The Text Color, Background Color and Font for the cabinet name depicted in Primary Operating System Version Window **32** are selected in Primary Operating System Version Editor **50** from drop-down menus using a standard pointing device such as a mouse.

The location of the remote manager depicted in Remote Manager Window **33** can be edited by the "Super User" through the Remote Manager Editor **55**, depicted in FIG. **5**. The Remote Manager location is selected from a check box, radio button or similar icon identified with a remote manager. The Remote Manager has the capability of remote management of any of the operating systems through selection of any bootable cabinet or partition upon invoking the OS Manager component of the Virtual Operating System manipulated by FVOS GUI **10**.

Each Cabinet Identifying Icon **35**, FIG. 1, can be edited by the "Super User" using Cabinet Icon Editor **40**, depicted in FIG. **6**. To change Cabinet Identifying Icon **35**, the user double clicks a pointing device, such as a mouse, while the cursor is placed over the desired icon from Window **41**. This action places the new Identifying Icon **35** graphic on the selected cabinet **4** button. Additional icon choices are displayed by scrolling scroll bar **42**.

In the preferred embodiment, each Cabinet is access controlled through the use of a password. This password can be changed by a user or "Super User" through Cabinet Password Window **62**, depicted in FIG. **7**.

As stated above, Cabinet Button **21** depicts an active cabinet, whose contents, which may include operating systems, partitions, software and data, can be manipulated (added, removed, renamed, relocated in memory) by FVOS GUI **10**. The contents of the active cabinet are depicted in FIG. 8 in Active Selected Cabinet Visible Partition Window **90**. The contents of the all secondary storage devices found in the computer system are depicted in Secondary Storage Partitions Window **80** as Secondary Storage Icon **180** and Secondary Storage Text Descriptor **186**. The partitions of each secondary storage device are depicted with icons **180** and text descriptors **181**, viewable through content button expanders **182**. The partitions can be virtually copied from the secondary storage to the active cabinet by an input device operation, such as "click and drag" movement using a pointer device such as a mouse, or by double clicking using such pointer device. The pointer device is placed over either icon **180** or text descriptor **181** in Secondary Storage Partitions Window **80**, and the "click and drag" or double clicking operation of the pointer device places the partition described by icon **180** and text descriptor **181** into the active cabinet. As depicted in FIG. 9, the partition can be removed from the active cabinet by "right clicking" a pointer device over the selected partition, evoking cabinet button **190**, and selecting Remover **93**. In the preferred embodiment, the Configuration View shown in FIG. 10 allows for the same functions without being limited to the Selected Cabinet. Partitions are moved from the Secondary Storage Partitions Window **80** to the desired Cabinet depicted in Master Cabinet Visible Partition Window **91**. Master Cabinet Visible Partition Window **91** depicts all cabinets, both selected (active) and non-selected (inactive), booted and non-booted.

When FVOS GUI **10** is initiated, an operating system (OS) will boot up automatically within a defined time, such as **10** seconds, after FVOS GUI **10** initiation (unless Stop Timer Button **13**, FIG. 15, is clicked using a standard pointer input), when Boot Now Button **66**, FIG. 1, is selected with a standard pointer input device such as a mouse, or when selected Cabinet Button **21** is double-clicked. In FIG. 9, the Timer is graphically represented by Digital CountdownTimer**81** and Bar Countdown Timer **82**. The OS that boots up will be either the default OS or a selected partition OS from the Active Cabinet. The default OS is defined either in Cabinet Name Window **31** and Primary Operating System Version Window **32**, or is selected in the Active Selected Cabinet Visible Partition Window **90** by "right clicking" using a standard pointing device on the depicted partition, and selecting Boot Cabinet Button **94**, FIG. 9. Boot Cabinet Button **94** can be selected at any time the cabinet is active, including when another operating system partition in Active Cabinet is running, allowing "Cold Swaps" of operating systems. Alternatively, any cabinet, selected or non-selected, can be selected from a cabinet in Master Cabinet Visible Partition Window **91**, and booted up at any time using Boot Cabinet Window **94**.

New cabinets can be added either by using New Cabinet Button **68**, FIG. 1, or choosing the "New" option under the "Cabinet" pull-down menu from Main Pull Down Menu Bar **60**, FIG. **1**. Cabinets can be deleted either by using Delete Cabinet Button **69** or choosing the "Delete" option under the "Cabinet" pull-down menu from Main Pull Down Menu Bar **60**. As depicted in FIG. 11, "right clicking" with a pointer input device such as a mouse brings up New Cabinet Button **63**, which allows the Super User to delete or edit the new cabinet through Cabinet Icon Editor **40**, Cabinet Name Editor **45**, Primary Operating System Version Editor **50**, and/or Remote Manager Editor **55**. The total number of Cabinets allowable is controlled by the "Super User", by selecting from Main Pull Down Menu Bar **60** the pull-down menu "Options", then "Super User" and then "Set Cabinet Limit." Change Cabinet Count Window **61**, as depicted in FIG. 12, allows the Super

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.

https://www.google.com/patents/US6690400

Partitions can be edited either with options available from the "Partition" pull-down menu from Main Pull Down Menu Bar **60**, or by using Partition Buttons **64** on Main Toolbar **65** depicted in FIG. **13**. Partition functions available include creating new, deleting, formatting, copying, resizing and zipping partitions.

Resizing Partition Window **110** is called by clicking on the Resize Partition button in Main Toolbar **65**. As seen in FIG. 16, Resizing Partition Window **110** allows the user or Super User to resize the allocated memory space in the partition by Partition Data, Free Space Retained and Free Space Discarded. The allocations are in the format chosen by the user from Buttons **111**, which enable the display of allocations in percentage, sectors, megabytes or cylinders of the total partition.

Formatting the partition is performed through Partition Formatting Window **120**, which is called up either through clicking on the Format Partition button in Main Toolbar **65**, or using the "Partition" pull-down menu in Main Pull Down Menu Bar **60**, and selecting the "Format" option. By clicking Format Button **121**, depicted in FIG. 17, the Partition is formatted. The completed results are shown in Partition Format Window **125**.

When the Cabinet configurations are set in the desired manner, FVOS GUI **10** is saved using Save VTOC Button **100**, FIG. **1**. The saved configuration will then be the initial configuration when FVOS GUI **10** is initiated, until the user reconfigures FVOS GUI **10**.

FVIS GUI **10** also features hot links to Internet Sites via Buttons **89** depicted on URL Internet Button Bar **95**. Buttons **89** can be added or deleted from URL Internet Button Bar **95** through the Internet Button File Editor Window **96**, as depicted in FIG. **14**. To delete an Internet button, the user double-clicks the desired button depicted in Active URL Button Window **97**. To add an Internet button, the user double clicks the desired button depicted in Available Internet Button Window **98**. Buttons **89** may be any Internet URL. In the preferred embodiment, Buttons **89** are manufacturer buttons that can be used for accessing manufacturers WEB sites for downloading and configuring that vendor's cabinet. Vendors, including software and system manufacturers and distributors, can have their own Button **89** to download through the Internet their OS independent applications such as Internet Browser, Online Services, OS Support, Computer Service/Help, Video Conferencing, Data Base access, and turnkey (No-OS) applications for specific services. In the preferred embodiment, Buttons **89** contain an embedded Search Engine and Network Router.

Main Toolbar **65**, Cabinet Selection Button Bar **70**, Secondary Storage Partitions Window **80**, Active Selected Cabinet Visible Partition Window **90** and URL Internet Button Bar are all scrollable by scroll bar sliders, tabs and/or arrows.

## PATENT CITATIONS

| Cited Patent | Filing date | Publication date | Applicant | Title |
| --- | --- | --- | --- | --- |
| US5550970 * | Aug 31, 1994 | Aug 27, 1996 | International Business Machines Corporation | Method and system for allocating resources |
| US5751287 * | Nov 6, 1995 | May 12, 1998 | Documagix, Inc. | System for organizing document icons with suggestions, folders, drawers, and cabinets |
| US5945998 | Aug 21, 1997 | Aug 31, 1999 | Lucent Technologies, Inc. | Apparatus for displaying location and non-location information about the contents of files |
| US6133915 * | Jun 17, 1998 | Oct 17, 2000 | Microsoft Corporation | System and method for customizing controls on a toolbar |
| US6229539 * | Dec 23, 1998 | May 8, 2001 | Microsoft Corporation | Method for merging items of containers of separate program modules |

\* Cited by examiner

## REFERENCED BY

| Citing Patent | Filing date | Publication date | Applicant | Title |
| --- | --- | --- | --- | --- |
| US6971002 * | Aug 9, 2001 | Nov 29, 2005 | International Business Machines Corporation | Method, system, and product for booting a partition using one of multiple, different firmware images without rebooting other partitions |
| US7062629 * | Feb 15, 2005 | Jun 13, 2006 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US7065627 * | Mar 25, 2002 | Jun 20, 2006 | International Business Machines Corporation | Method and system for providing an event driven image for a boot record |
| US7069408 * | Dec 9, 2003 | Jun 27, 2006 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US7103847 * | Jul 18, 2002 | Sep 5, 2006 | International Business Machines Corporation | Method and system for monitoring the use of a resource in a processing system |
| US7127585 | Jun 23, 2004 | Oct 24, 2006 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US7146569 * | Oct 10, 2002 | Dec 5, 2006 | International Business Machines Corporation | Method, apparatus, and program for visual representation of an address space |
| US7181577 | Feb 19, 2004 | Feb 20, 2007 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US7185142 | May 20, 2004 | Feb 27, 2007 | Hitachi, Ltd. | Storage management method and storage management system |
| US7207400 | May 17, 2002 | Oct 20, 2007 | Hitachi, Ltd. | Storage management method and storage management |

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents. ↗

https://www.google.com/patents/US6690400

| Citing Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| US7317175 | Jun 24, 2004 | Jan 8, 2008 | Jere F. Irwin | User interface for configuring and controlling an array of heater elements |
| US7346585 * | Feb 28, 2003 | Mar 18, 2008 | Microsoft Corporation | Computer software and services license processing method and system |
| US7356770 * | Nov 8, 2005 | Apr 8, 2008 | Cluster Resources, Inc. | System and method of graphically managing and monitoring a compute environment |
| US7363455 | Feb 15, 2005 | Apr 22, 2008 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US7415578 | Mar 20, 2007 | Aug 19, 2008 | Hitachi, Ltd. | Storage management method and storage management system |
| US7478246 * | Jul 29, 2004 | Jan 13, 2009 | International Business Machines Corporation | Method for providing a scalable trusted platform module in a hypervisor environment |
| US7546426 | Dec 21, 2006 | Jun 9, 2009 | Hitachi, Ltd. | Storage having a logical partitioning capability and systems which include the storage |
| US7590648 * | May 27, 2005 | Sep 15, 2009 | Brocade Communications Systems, Inc. | Template-based development of servers |
| US7624283 | Feb 13, 2006 | Nov 24, 2009 | International Business Machines Corporation | Protocol for trusted platform module recovery through context checkpointing |
| US7917704 | Jul 25, 2008 | Mar 29, 2011 | Hitachi, Ltd. | Storage management method and storage management system |
| US7996687 | Oct 31, 2008 | Aug 9, 2011 | International Business Machines Corporation | Product for providing a scalable trusted platform module in a hypervisor environment |
| US8010513 | May 28, 2010 | Aug 30, 2011 | Brocade Communications Systems, Inc. | Use of server instances and processing elements to define a server |
| US8091042 * | Nov 15, 2001 | Jan 3, 2012 | Siebel Systems, Inc. | Apparatus and method for displaying selectable icons in a toolbar for a user interface |
| US8150972 | Feb 10, 2011 | Apr 3, 2012 | Adaptive Computing Enterprises, Inc. | System and method of providing reservation masks within a compute environment |
| US8176094 | Jun 1, 2009 | May 8, 2012 | Novell, Inc. | System and method for efficiently building virtual appliances in a hosted environment |
| US8209288 | Jun 1, 2009 | Jun 26, 2012 | Novell, Inc. | System and method for inspecting a virtual appliance runtime environment |
| US8209495 | Mar 28, 2011 | Jun 26, 2012 | Hitachi, Ltd. | Storage management method and storage management system |
| US8214842 * | Feb 27, 2009 | Jul 3, 2012 | International Business Machines Corporation | Visualization-centric performance-based volume allocation |
| US8321871 | Jun 17, 2005 | Nov 27, 2012 | Adaptive Computing Enterprises, Inc. | System and method of using transaction IDS for managing reservations of compute resources within a compute environment |
| US8386721 | Nov 21, 2008 | Feb 26, 2013 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US8412909 * | Apr 7, 2010 | Apr 2, 2013 | Samsung Electronics Co., Ltd. | Defining and changing spare space and user space in a storage apparatus |
| US8413155 | Mar 11, 2005 | Apr 2, 2013 | Adaptive Computing Enterprises, Inc. | System and method for a self-optimizing reservation in time of compute resources |
| US8418186 | Jun 27, 2011 | Apr 9, 2013 | Adaptive Computing Enterprises, Inc. | System and method of co-allocating a reservation spanning different compute resources types |
| US8423884 | Dec 8, 2011 | Apr 16, 2013 | Institute For Information Industry | System, method and computer readable storage medium for storing the method for operating graphic user interface |
| US8499276 * | Dec 28, 2006 | Jul 30, 2013 | Ca, Inc. | Multi-platform graphical user interface |
| US8516217 * | Mar 27, 2009 | Aug 20, 2013 | International Business Machines Corporation | Managing a logically partitioned computing system through a virtual file system |
| US8543998 | Feb 11, 2009 | Sep 24, 2013 | Oracle International Corporation | System and method for building virtual appliances using a repository metadata server and a dependency resolution service |
| US8544016 | Jun 1, 2009 | Sep 24, 2013 | Oracle International Corporation | Rebuilding a first and second image based on software components having earlier versions for one or more appliances and performing a first and second integration test for each respective image in a runtime environment |
| US8572253 | Aug 8, 2011 | Oct 29, 2013 | Adaptive Computing Enterprises, Inc. | System and method for providing dynamic roll-back |
| US8645542 | Apr 8, 2010 | Feb 4, 2014 | Rpx Corporation | Distributed intelligent virtual server |
| US8762665 * | Aug 18, 2009 | Jun 24, 2014 | Fujitsu Limited | Switch apparatus storing information indicating access of hosts to virtual storage areas |
| US8819563 * | Apr 3, 2008 | Aug 26, 2014 | Dell Products L.P. | Systems and methods for accessing system utilities |
| US8862633 | May 4, 2012 | Oct 14, 2014 | Novell, Inc. | System and method for efficiently building virtual appliances in a hosted environment |
| US8868608 | Jun 1, 2009 | Oct 21, 2014 | Novell, Inc. | System and method for managing a virtual appliance lifecycle |

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents. ↗

https://www.google.com/patents/US6690400

| Citing Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| | | | Adaptive Computing Enterprises, Inc. | System and method for providing dynamic roll-back reservations in time |
| US8984524 | Nov 27, 2012 | Mar 17, 2015 | Adaptive Computing Enterprises, Inc. | System and method of using transaction IDS for managing reservations of compute resources within a compute environment |
| US9128767 | Oct 6, 2009 | Sep 8, 2015 | Adaptive Computing Enterprises, Inc. | Canceling and locking personal reservation if the workload associated with personal reservation exceeds window of time allocated within a resource reservation |
| US9268607 | Mar 11, 2005 | Feb 23, 2016 | Adaptive Computing Enterprises, Inc. | System and method of providing a self-optimizing reservation in space of compute resources |
| US9361025 * | Aug 8, 2012 | Jun 7, 2016 | Kabushiki Kaisha Toshiba | Information processing apparatus and display processing method |
| US20020059377 * | Jun 22, 2001 | May 16, 2002 | Jagadish Bandhole | Collaborative computing systems using dynamic computing environments |
| US20030033512 * | Aug 9, 2001 | Feb 13, 2003 | International Business Machines Corporation | Method, system, and product for booting a partition using one of multiple, different firmware images |
| US20030172228 * | Mar 7, 2002 | Sep 11, 2003 | International Business Machines Corporation | Method and system for extending a hardfile partition table |
| US20030182530 * | Mar 25, 2002 | Sep 25, 2003 | International Business Machines Corporation | Method and system for providing an event driven image for a boot record |
| US20040012637 * | Jul 18, 2002 | Jan 22, 2004 | International Business Machines Corporation | Method and system for monitoring the use of a resource in a processing system |
| US20040064829 * | Sep 30, 2002 | Apr 1, 2004 | Kim Pallister | Method for identifying processor affinity and improving software execution |
| US20040070632 * | Oct 10, 2002 | Apr 15, 2004 | International Business Machines Corporation | Method, apparatus, and program for visual representation of an address space |
| US20040262800 * | Jun 24, 2004 | Dec 30, 2004 | Irwin Jere F. | User interface for configuring and controlling an array of heater elements |
| US20050050085 * | Dec 9, 2003 | Mar 3, 2005 | Akinobu Shimada | Apparatus and method for partitioning and managing subsystem logics |
| US20050091453 * | Feb 19, 2004 | Apr 28, 2005 | Kentaro Shimada | Storage having logical partitioning capability and systems which include the storage |
| US20050091454 * | Jun 23, 2004 | Apr 28, 2005 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US20050149675 * | Feb 15, 2005 | Jul 7, 2005 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US20050149676 * | Feb 15, 2005 | Jul 7, 2005 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US20050149677 * | Feb 15, 2005 | Jul 7, 2005 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US20060026419 * | Jul 29, 2004 | Feb 2, 2006 | International Business Machines Corporation | Method, apparatus, and product for providing a scalable trusted platform module in a hypervisor environment |
| US20060026422 * | Jul 29, 2004 | Feb 2, 2006 | International Business Machines Corporation | Method, apparatus, and product for providing a backup hardware trusted platform module in a hypervisor environment |
| US20060047797 * | Jun 21, 2004 | Mar 2, 2006 | Brown Norman P | System and method for determining one of a plurality of shells based on user identification information |
| US20060155749 * | May 27, 2005 | Jul 13, 2006 | Shankar Vinod R | Template-based development of servers |
| US20070106872 * | Dec 21, 2006 | May 10, 2007 | Kentaro Shimada | Storage having a logical partitioning capability and systems which include the storage |
| US20070192597 * | Feb 13, 2006 | Aug 16, 2007 | Bade Steven A | Protocol for trusted platform module recovery through context checkpointing |
| US20070192725 * | Nov 15, 2001 | Aug 16, 2007 | Mingte Chen | Apparatus and method for displaying selectable icons in a toolbar for a user interface |
| US20080163080 * | Dec 28, 2006 | Jul 3, 2008 | Kooy Darrell J | Multi-platform graphical user interface |
| US20080282043 * | Jul 25, 2008 | Nov 13, 2008 | Shuichi Yagi | Storage management method and storage management system |
| US20090254863 * | Apr 3, 2008 | Oct 8, 2009 | Dell Products L.P. | Systems and Methods for Accessing System Utilities |
| US20090300057 * | Jun 1, 2009 | Dec 3, 2009 | Novell, Inc. | System and method for efficiently building virtual appliances in a hosted environment |
| US20090300076 * | Jun 1, 2009 | Dec 3, 2009 | Novell, Inc. | System and method for inspecting a virtual appliance runtime environment |
| US20090300151 * | Jun 1, 2009 | Dec 3, 2009 | Novell, Inc. | System and method for managing a virtual appliance lifecycle |
| US20090300604 * | Feb 11, 2009 | Dec 3, 2009 | Novell, Inc. | System and method for building virtual appliances using a repository metadata server and a dependency resolution service |
| US20090300641 * | Jun 1, 2009 | Dec 3, 2009 | Novell, Inc. | System and method for supporting a virtual appliance |
| US20100042823 * | Oct 31, 2008 | Feb 18, 2010 | International Business Machines Corporation | Method, Apparatus, and Product for Providing a Scalable Trusted Platform Module in a Hypervisor Environment |

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.

https://www.google.com/patents/US6690400

| Citing Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| | | | International Business Machines Corporation | Visualization-centric performance-based volume allocation |
| US20100235442 * | May 28, 2010 | Sep 16, 2010 | Brocade Communications Systems, Inc. | Use of Server Instances and Processing Elements to Define a Server |
| US20100242099 * | Jun 19, 2009 | Sep 23, 2010 | Tsao Sheng Tai Ted | Method and apparatus of UI design for web-based computer user working environment |
| US20100250892 * | Mar 27, 2009 | Sep 30, 2010 | International Business Machines Corporation | Managing a Logically Partitioned Computing System Through a Virtual File System |
| US20100262765 * | Apr 7, 2010 | Oct 14, 2010 | Samsung Electronics Co., Ltd. | Storage apparatus, computer system having the same, and methods thereof |
| US20110138056 * | Feb 10, 2011 | Jun 9, 2011 | Adaptive Computing Enterprises, Inc. | System and method of providing reservation masks within a compute environment |
| US20110173390 * | Mar 28, 2011 | Jul 14, 2011 | Shuichi Yagi | Storage management method and storage management system |
| US20120066642 * | May 20, 2010 | Mar 15, 2012 | Zte Corporation | Method and system for realizing dynamic adjustment of toolbar button display |
| US20120143929 * | Dec 2, 2010 | Jun 7, 2012 | International Business Machines Corporation | virtualized operating system environment file-system |
| US20130135266 * | Aug 8, 2012 | May 30, 2013 | Yinghsiang Wen | Information processing apparatus and display processing method |
| CN100468344C | Sep 17, 2007 | Mar 11, 2009 | 苏州壹世通科技有限公司 | Super operating system, and perspective communication method between the super operating system and its intermedium |
| CN103106073A * | Nov 21, 2011 | May 15, 2013 | 财团法人资讯工业策进会 | Graphic user interface system, and method for operating graphic user interface |
| CN103106073B * | Nov 21, 2011 | Jan 20, 2016 | 财团法人资讯工业策进会 | 图形使用者界面系统及操作方法 |

* Cited by examiner

## CLASSIFICATIONS

| U.S. Classification | 715/779, 715/775, 715/966 |
|---|---|
| International Classification | G09G5/00, G06F3/06 |
| Cooperative Classification | Y10S715/966, G06F3/0632, G06F3/0605, G06F2206/1008, G06F3/067 |
| European Classification | G06F3/06A4C2, G06F3/06A6D, G06F3/06A2A2 |

## LEGAL EVENTS

| Date | Code | Event | Description |
|---|---|---|---|
| Sep 29, 1999 | AS | Assignment | **Owner name:** FLASH VOS, INC., TEXAS<br>**Free format text:** ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNORS:RAFIZADEH, SCHUMANN;MOAYYAD, PARVIS;REEL/FRAME:010291/0566<br>**Effective date:** 19990928 |
| Jun 14, 2007 | FPAY | Fee payment | Year of fee payment: 4 |
| Sep 23, 2011 | FPAY | Fee payment | Year of fee payment: 8 |
| Sep 23, 2011 | SULP | Surcharge for late payment | Year of fee payment: 7 |
| Jan 22, 2014 | AS | Assignment | **Owner name:** GLOBAL EQUITY MANAGEMENT (SA) PTY LTD., AUSTRALIA<br>**Free format text:** ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:FLASH VOS, INC.;REEL/FRAME:032015/0436<br>**Effective date:** 20140115 |
| Apr 28, 2015 | FPAY | Fee payment | Year of fee payment: 12 |
| Nov 22, 2016 | IPR | Aia trial proceeding filed before the patent and appeal board: inter partes review | **Free format text:** TRIAL NO: IPR2016-01828<br>**Opponent name:** EBAY INC.,ALIBABA.COM HONG KONG LTD. ANDBOOKIN.COM<br>**Effective date:** 20160922 |

Try the new Google Patents, with machine-classified Google Scholar results, and Japanese and South Korean patents.