# Exhibit 10



1026 South Road
EDWARDSTOWN SA 5039

TEL: (08) 8177 2043
FAX: (08) 8177 2049

26 August 2016

**BY EMAIL: action@eff.org; daniel@eff.org**

**RE:   DEMAND OF APOLOGY FOR SLANDER AND DEFATORY STATEMENTS**

Dear Sir,

We have been consulted by Global Equity Management (SA) Pty. Ltd. (hereinafter referred to as "Our Client"), to write you in relation to the defamatory, false and malicious slander which you and Electronic Frontier Foundation made concerning our client on EFF.ORG at http://blog.ip.com/2016/07/stupid-patent-of-the-month/ in the attached article.

The said statement was made available to the viewing of worldwide public, with the intention of portraying our client's intellectual property as stupid in addition to numerous other malicious lies and misleading statements about the '400 patent owned by Our Client.

Sequel to the above, you are requested to submit a draft letter of a clear and unqualified apology and retraction, to be copied to all users having viewed your website since the date of that publication in additional to diligent effort to removing all copies of the said published article from the internet. Furthermore, having regard to our client's position as plaintiff in litigations against infringing defendants whose interests you represent, the gravity of the allegations made and the publication in the World Wide Web, we demand your unconditional agreement to payment of all the damages your article may cause as compensation.

**TAKE NOTICE** that in the event of your failure / refusal to comply with the above mentioned demands within 14 days of your receipt of this letter, we have further instructions to institute a suit against you in a court of law.

Yours faithfully
**CONATUR LEGAL**

**Pasha Mehr** Principal Solicitor
pasha@conatur.com.au

Telephone: (08) 8177 2043
Email: info@conatur.com.au
Liability limited by a scheme approved under professional standards legislation
ACN: 137 837 942