# Exhibit 11



# KING&WOOD
# MALLESONS

Level 33
Waterfront Place
1 Eagle Street
Brisbane QLD 4000
Australia

T +61 7 3244 8000
F +61 7 3244 8999

www.kwm.com

13 September 2016

To   Pasha Mehr
Principal Solicitor
1026 South Road
EDWARDSTOWN SA 5039
**By email:** pasha@conatur.com.au;

Dear Mr. Mehr

**Electronic Frontier Foundation ("EFF") and Global Equity Management (SA) Pty Ltd ("GEMSA")**
**EFF's alleged slander and defamatory statements in its article -** *"Stupid Patent of the Month: Storage Cabinets on a Computer"* **("the Article")**

We act for EFF and are instructed to respond to your letter of 26 August 2016.

## 1   Your requests

You have requested our client to:

a) provide a letter of "clear and unqualified apology and retraction" to all users having viewed our client's website since the publication of the Article;

b) remove all copies of the Article from the internet; and

c) enter into an unconditional agreement to the payment of all the damages GEMSA may have suffered due to the publication of the Article.

## 2   Our response to your requests

We have been instructed to respectively decline all of your requests as your letter is very vague and fails to specify any specific statements in the Article that are considered to be defamatory.

We will not reconsider our client's position again unless you could clarify the following:

a) the specific statement/s in the Article that GEMSA considers to be defamatory and the suggested imputations; and

b) the relevant law that GEMSA is relying on for its claim against our client.

We look forward to hearing from you in relation to the above. If we have not heard from you within 14 days of this letter, we will assume that GEMSA does not wish to participate in further discussions in relation to this matter and will consider it closed.

金杜律師事務所國際聯盟成員所。更多資訊，敬請洽詢 www.kwm.com
亞太 | 歐洲 | 北美 | 中東
Member firm of the King & Wood Mallesons network. See www.kwm.com for more information
Asia Pacific | Europe | North America | Middle East

30014675_1

39

KING&WOOD
MALLESONS

Yours sincerely

John Swinson | Partner in Charge, Brisbane
King & Wood Mallesons
T +61 7 3244 8050 | M +61 408 220 513
john.swinson@au.kwm.com

This communication and any attachments are confidential and may be privileged.