# Exhibit 16

GEMSA Files Patent Infringement Lawsuits Against Alibaba And Four Other Companies - GEMSA - Global Eq... 1

HOME (HTTP://WWW.GEMSA.COM.AU/#PAGE-125) ABOUT (HTTP://WWW.GEMSA.COM.AU/#PAGE-116)
SERVICES (HTTP://WWW.GEMSA.COM.AU/#PAGE-129) OUR BLOG (HTTP://WWW.GEMSA.COM.AU/BLOG-SECTION/)
CONTACT US (HTTP://WWW.GEMSA.COM.AU/#PAGE-118)

## OUR BLOG

Find out what's happening at our company

**10**
JAN





### GEMSA Files Patent Infringement Lawsuits Against Alibaba And Four Other Companies

By: GEMSA    Category: General (http://www.gemsa.com.au/category/general/)    Tags: alibaba (http://www.gemsa.com.au/tag/alibaba/), gemsa (http://www.gemsa.com.au/tag/gemsa/), infringement (http://www.gemsa.com.au/tag/infringement/), lawsuit (http://www.gemsa.com.au/tag/lawsuit/), patent (http://www.gemsa.com.au/tag/patent/)

GEMSA has filed patent infringement lawsuits against Alibaba and four other major e-commerce sites in United Stated Federal Court in Eastern District of Texas.
The complaints filed by GEMSA are available on Public Access to Court Electronic Records (PACER) for download at https://www.pacer.gov/
GEMSA has patented rights to main storage virtualization technologies and intends to vigorously defends those rights against infringements by any e-commerce site.

Search 

**RECENT POSTS**

GEMSA Wins Court Ruling Against Alibaba, eBay, Airbnb, And Other Parties (http://www.gemsa.com.au/gemsa-wins-court-ruling-alibaba-ebay-airbnb-parties/)

GEMSA Wins Injunction Against EFF For Defamation in SA Supreme Court (http://www.gemsa.com.au/gemsa-wins-injunction-eff-defamation-sa-supreme-court/)

GEMSA Reports Award of Innovation Patent in China (http://www.gemsa.com.au/gemsa-reports-award-of-innovation-patent-in-china/)

GEMSA Files Patent Infringement Lawsuits Against Alibaba And Four Other Companies (http://www.gemsa.com.au/gemsa-files-patent-infringement-lawsuits-against-alibaba-and-four-other-companies/)

Renovated Website Launch! (http://www.gemsa.com.au/new-website-launch-gemsa/)

**RECENT COMMENTS**

http://www.gemsa.com.au/gemsa-files-patent-infringement-lawsuits-against-alibaba-and-four-other-companies/

GEMSA Files Patent Infringement Lawsuits Against Alibaba And Four Other Companies - GEMSA - Global Eq...   2

HOME (HTTP://WWW.GEMSA.COM.AU/#PAGE-125)    ABOUT (HTTP://WWW.GEMSA.COM.AU/#PAGE-116)
SERVICES (HTTP://WWW.GEMSA.COM.AU/#PAGE-129)    OUR BLOG (HTTP://WWW.GEMSA.COM.AU/BLOG-SECTION/)
CONTACT US (HTTP://WWW.GEMSA.COM.AU/#PAGE-118)

NO COMMENTS

**ARCHIVES**

January 2017 (http://www.gemsa.com.au/2017/01/)

November 2016 (http://www.gemsa.com.au/2016/11/)

March 2016 (http://www.gemsa.com.au/2016/03/)

January 2016 (http://www.gemsa.com.au/2016/01/)

November 2015 (http://www.gemsa.com.au/2015/11/)

**LEAVE A COMMENT**

Your email address will not be published. Required fields are marked *

Your message

Your name*

Your email*

Your website

Submit

**CATEGORIES**

General (http://www.gemsa.com.au/category/general)

**META**

Log in (http://www.gemsa.com.au/wp-login.php)

Entries RSS (Really Simple Syndication) (http://www.gemsa.com.au/feed/)

Comments RSS (Really Simple Syndication) (http://www.gemsa.com.au/comments/feed/)

WordPress.org (https://wordpress.org/)

**TAGS**

alibaba (http://www.gemsa.com.au/tag/alibaba/)

array (http://www.gemsa.com.au/tag/array/)

china (http://www.gemsa.com.au/tag/china/)

firmware (http://www.gemsa.com.au/tag/firmware/)

flash (http://www.gemsa.com.au/tag/flash/)

http://www.gemsa.com.au/gemsa-files-patent-infringement-lawsuits-against-alibaba-and-four-other-companies/