# Exhibit 17

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?719885517625365-L_1_0-1

CASREF,CONSOL,MEDIATION,PATENT/TRADEMARK,RWS2,STAYED

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Marshall)**
**CIVIL DOCKET FOR CASE #: 2:15-cv-01700-RWS-RSP**

Global Equity Management (SA) Pty. Ltd. v. AirBNB, Inc.
Assigned to: Judge Robert W. Schroeder, III
Referred to: Magistrate Judge Roy S. Payne
Lead case: 2:16-cv-00095-RWS-RSP
Member case: (View Member Case)
Cause: 28:1338 Patent Infringement

Date Filed: 10/30/2015
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

| | | |
|---|---|---|
| **Lee kaplan** | represented by | **Lee kaplan**<br>700 Louisiana #2300<br>Houston, TX 77002<br>Email: lkaplan@skv.com<br>*PRO SE* |

**Plaintiff**

| | | |
|---|---|---|
| **Global Equity Management (SA) Pty. Ltd.** | represented by | **Buffy Kay Martines**<br>Laminack Pirtle & Martines<br>5020 Montrose<br>9th Floor<br>Houston, TX 77006<br>713-292-2750<br>Fax: 713-292-2755<br>Email: buffym@lpm-triallaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**William P Ramey , III**<br>Ramey & Browning, PLLC - Houston<br>5020 Montrose Blvd.<br>Suite 750<br>Houston, TX 77006<br>713-426-3923<br>Fax: 832-900-4941<br>Email: wramey@rameyfirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Consol Plaintiff**

| | | |
|---|---|---|
| **Global Equity Management (SA) Pty. Ltd.**<br>*Consolidated Civil Action 2:15cv1702 - uncolidated per order #46*<br>*TERMINATED: 05/04/2016* | represented by | **Buffy Kay Martines**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**William P Ramey , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **AirBNB, Inc.** | represented by | **Audrey Hsio-Chun Lo**<br>K & L Gates LLP - Palo Alto<br>630 Hansen Way<br>Palo Alto, CA 94304<br>650/798-6700<br>Fax: 650/798-6701<br>Email: audrey.lo@klgates.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan J Sinclair**<br>K&L Gates LLP - Palo Alto<br>630 Hansen Way<br>Palo Alto, CA 94304<br>650/798-6700<br>Fax: 650/798-6701<br>Email: bryan.sinclair@klgates.com |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?719885517625365-L_1_0-1

*ATTORNEY TO BE NOTICED*

**Jennifer Klein Ayers**
K&L Gates LLP - Dallas
1717 Main Street
Ste 2800
Dallas, TX 75201
214-939-5497
Fax: 214-939-5849
Email: jennifer.ayers@klgates.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Alibaba.com, Inc.**
*Consolidated Civil Action 2:15cv1702 - #46*
*TERMINATED: 05/04/2016*

represented by **Carey Richard Ramos**
Quinn Emanuel Urquhart & Sullivan, LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10012
212.849.7133
Fax: 212.849.7100
Email: careyramos@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Nelson Watkins**
Quinn, Emanuel, Urquhart & Sullivan LLP - Washington
777 6th Street, NW
11th Floor
Washington, DC 20001
202/538-8160
Fax: 202/538-8100
Email: brettwatkins@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Gregory Blake Thompson**
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652
903/657-8540
Fax: 903-657-6003
Email: blake@themannfirm.com
*ATTORNEY TO BE NOTICED*

**James Mark Mann**
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652
903/657-8540
Fax: 9036576003
Email: mark@themannfirm.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Stuart Gerchick**
Quinn, Emanuel, Urquhart & Sullivan LLP - Washington
777 6th Street, NW
11th Floor
Washington, DC 20001
202-538-8000
Fax: 202-538-8100
Email: jeffgerchick@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Alibaba.com Singapore E-Commerce Private Ltd.**
*Consolidated Civil Action 2:15cv1702 - unconsolided per #46*
*TERMINATED: 05/04/2016*

represented by **Carey Richard Ramos**
(See above for address)
*TERMINATED: 05/04/2016*
*LEAD ATTORNEY*

**Brett Nelson Watkins**
(See above for address)
*TERMINATED: 05/04/2016*

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?719885517625365-L_1_0-1

|  |  |
|---|---|
|  | **Gregory Blake Thompson**<br>(See above for address)<br>*TERMINATED: 05/04/2016* |
|  | **James Mark Mann**<br>(See above for address)<br>*TERMINATED: 05/04/2016* |
|  | **Jeffrey Stuart Gerchick**<br>(See above for address)<br>*TERMINATED: 05/04/2016* |

**Consol Defendant**

**Alibaba Group Holding, Ltd.**
*Consolidated Civil Action 2:15cv1702 - unconsolidated per order #46*
*TERMINATED: 05/04/2016*

**Counter Claimant**

| | | |
|---|---|---|
| **AirBNB, Inc.** | represented by | **Jennifer Klein Ayers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Global Equity Management (SA) Pty. Ltd.** | represented by | **Buffy Kay Martines**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **William P Ramey , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2015 | 1 | COMPLAINT against AirBNB, Inc. ( Filing fee $ 400 receipt number 0540-5463470.), filed by Global Equity Management (SA) Pty. Ltd.. (Attachments:<br># 1 Exhibit Patent,<br># 2 Civil Cover Sheet AirBnB Civil Cover Sheet)(Ramey, William) (Entered: 10/30/2015) |
| 11/01/2015 |  | Case assigned to Judge Robert W. Schroeder, III. (ch, ) (Entered: 11/01/2015) |
| 11/01/2015 | 2 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Robert W. Schroeder, III on 11/1/2015. (ch, ) (Entered: 11/01/2015) |
| 11/01/2015 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 11/01/2015) |
| 11/02/2015 | 3 | SUMMONS Issued as to AirBNB, Inc. c/o CSC Lawyers Incorporating. (nkl, ) (Entered: 11/02/2015) |
| 11/02/2015 | 4 | AMENDED COMPLAINT *First* against AirBNB, Inc., filed by Global Equity Management (SA) Pty. Ltd.. (Attachments:<br># 1 Exhibit Patent)(Ramey, William) (Entered: 11/02/2015) |
| 11/05/2015 | 5 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 11/05/2015) |
| 11/13/2015 | 6 | NOTICE by Global Equity Management (SA) Pty. Ltd. *Certificate of Interested Persons* (Ramey, William) (Entered: 11/13/2015) |
| 12/09/2015 | 7 | **FILED IN ERROR**<br><br>NOTICE by Global Equity Management (SA) Pty. Ltd. *Waiver of the Service of Summons* (Ramey, William) Modified on 12/9/2015 (nkl, ). (Entered: 12/09/2015) |
| 12/09/2015 |  | ***FILED IN ERROR - attorney will send to Clerk's office. Document # 7, Notice. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 12/09/2015) |
| 12/17/2015 | 8 | WAIVER OF SERVICE Returned Executed by Global Equity Management (SA) Pty. Ltd.. AirBNB, Inc. waiver sent on 12/7/2015, answer due 2/5/2016. (nkl, ) (Entered: 12/17/2015) |
| 01/28/2016 | 9 |  |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?719885517625365-L_1_0-1

| | | |
|---|---|---|
| | | ORDER OF CONSOLIDATION - The cases above are CONSOLIDATED for all pretrial matters (except venue) with the Lead Case being 2:15-cv-01700-RWS-RSP. The parties shall docket all future filings (except for those relating to venue) in the Lead Case.. Signed by Magistrate Judge Roy S. Payne on 01/28/2016. (nkl, ) (Entered: 01/28/2016) |
| 02/05/2016 | 10 | ANSWER to 4 Amended Complaint , *Affirmative Defenses*, COUNTERCLAIM against Global Equity Management (SA) Pty. Ltd. by AirBNB, Inc.. (Attachments:<br># 1 Exhibit A)(Ayers, Jennifer) (Entered: 02/05/2016) |
| 02/05/2016 | 11 | CORPORATE DISCLOSURE STATEMENT filed by AirBNB, Inc. (Ayers, Jennifer) (Entered: 02/05/2016) |
| 02/09/2016 | 12 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Global Equity Management (SA) Pty. Ltd.. ( Ramey, William) (Entered: 02/09/2016) |
| 02/09/2016 | 13 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Global Equity Management (SA) Pty. Ltd.. ( Ramey, William) (Entered: 02/09/2016) |
| 02/09/2016 | | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Alibaba.com, Inc. to 3/3/2016. 15 Days Granted for Deadline Extension.( nkl, ) (Entered: 02/09/2016) |
| 02/09/2016 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Alibaba.com Singapore E-Commerce Private Ltd. to 3/3/2016. 24 Days Granted for Deadline Extension.( nkl, ) (Entered: 02/09/2016) |
| 02/09/2016 | 14 | NOTICE by Global Equity Management (SA) Pty. Ltd. *Notice of Related Cases* (Ramey, William) (Entered: 02/09/2016) |
| 02/12/2016 | 15 | NOTICE of Attorney Appearance - Pro Hac Vice by Bryan J Sinclair on behalf of AirBNB, Inc.. Filing fee $ 100, receipt number 0540-5611305. (Sinclair, Bryan) (Entered: 02/12/2016) |
| 02/16/2016 | 16 | NOTICE of Attorney Appearance - Pro Hac Vice by Audrey Hsio-Chun Lo on behalf of AirBNB, Inc.. Filing fee $ 100, receipt number 0540-5613306. (Lo, Audrey) (Entered: 02/16/2016) |
| 02/18/2016 | 17 | NOTICE of Attorney Appearance by Buffy Kay Martines on behalf of Global Equity Management (SA) Pty. Ltd., Global Equity Management (SA) Pty. Ltd. (Martines, Buffy) (Entered: 02/18/2016) |
| 02/18/2016 | 18 | NOTICE of Attorney Appearance by Buffy Kay Martines on behalf of Global Equity Management (SA) Pty. Ltd., Global Equity Management (SA) Pty. Ltd. (Martines, Buffy) (Entered: 02/18/2016) |
| 02/25/2016 | 19 | ORDER - Scheduling Conference set for 3/15/2016 10:20 AM in Mag Ctrm (Marshall) before Magistrate Judge Roy S. Payne. Signed by Magistrate Judge Roy S. Payne on 02/25/2016. (nkl, ) (Entered: 02/25/2016) |
| 02/25/2016 | 20 | AMENDED COMPLAINT *Second Amended Complaint* against AirBNB, Inc., filed by Global Equity Management (SA) Pty. Ltd.. (Attachments:<br># 1 Exhibit Exhibit A,<br># 2 Exhibit Exhibit B)(Ramey, William) (Entered: 02/25/2016) |
| 02/25/2016 | 21 | *Original* ANSWER to 10 Answer to Amended Complaint, Counterclaim by Global Equity Management (SA) Pty. Ltd..(Ramey, William) (Entered: 02/25/2016) |
| 03/03/2016 | 22 | NOTICE of Attorney Appearance by James Mark Mann on behalf of Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc. (Mann, James) (Entered: 03/03/2016) |
| 03/03/2016 | 23 | NOTICE of Attorney Appearance by Gregory Blake Thompson on behalf of Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc. (Thompson, Gregory) (Entered: 03/03/2016) |
| 03/03/2016 | 24 | NOTICE of Attorney Appearance by Carey Richard Ramos on behalf of Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc. (Ramos, Carey) (Entered: 03/03/2016) |
| 03/03/2016 | 25 | NOTICE of Attorney Appearance by Brett Nelson Watkins on behalf of Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc. (Watkins, Brett) (Entered: 03/03/2016) |
| 03/03/2016 | 26 | NOTICE of Attorney Appearance by Jeffrey Stuart Gerchick on behalf of Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc. (Gerchick, Jeffrey) (Entered: 03/03/2016) |
| 03/14/2016 | 27 | AMENDED COMPLAINT *Second Amended Complaint for Patent Infringement* against Alibaba Group Holding, Ltd., Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc., filed by Global Equity Management (SA) Pty. Ltd.. (Attachments:<br># 1 Exhibit Ex A,<br># 2 Exhibit Ex B)(Ramey, William) (Entered: 03/14/2016) |
| 03/14/2016 | 28 | Unopposed MOTION for Extension of Time to File Answer re 20 Amended Complaint by AirBNB, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Ayers, Jennifer) (Entered: 03/14/2016) |
| 03/15/2016 | | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Scheduling Conference held on 3/15/2016. Counsel for the parties appeared and were asked if they consented to a trial before Judge Payne. The parties were then given Markman and jury selection dates. The parties were directed to meet and confer regarding any changes to the Courts scheduling order and discovery order, and the parties are to submit the proposed orders within 14 days of the conference. (Court Reporter Jill McFadden.) (bga, ) (Entered: 03/15/2016) |
| 03/18/2016 | 29 | NOTICE by Global Equity Management (SA) Pty. Ltd. *Notice of Mediation* (Ramey, William) (Entered: 03/18/2016) |
| 03/21/2016 | 30 | ORDER REFERRING CASE to Mediator. Lee Kaplan is hereby appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 03/21/2016. (nkl, ) (Entered: 03/21/2016) |
| 03/23/2016 | 31 | Unopposed MOTION for Extension of Time to File *Answer or Otherwise Respond to Plaintiff's Second Amended Complaint for Patent Infringement* by Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Thompson, Gregory) (Entered: 03/23/2016) |
| | | |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?719885517625365-L_1_0-1

| | | |
|---|---|---|
| 03/29/2016 | 32 | Submission of Unopposed Docket Control Order by Global Equity Management (SA) Pty. Ltd.. (Ramey, William) (Entered: 03/29/2016) |
| 03/29/2016 | 33 | Submission of Opposed Discovery Order as to Section 5(c) by Global Equity Management (SA) Pty. Ltd.. (Ramey, William) (Entered: 03/29/2016) |
| 03/31/2016 | 34 | Opposed MOTION to Change Venue ,*Transfer Venue to the Northern District of California* by AirBNB, Inc.. (Attachments: # 1 Declaration of James Mayfield, # 2 Declaration of Bryan Sinclair, # 3 Exhibit A to Sinclair Decl., # 4 Exhibit B to Sinclair Decl., # 5 Exhibit C to Sinclair Decl., # 6 Text of Proposed Order)(Sinclair, Bryan) (Entered: 03/31/2016) |
| 04/04/2016 | 35 | Submission of Opposed Docket Control Order by Global Equity Management (SA) Pty. Ltd.. (Ramey, William) (Entered: 04/04/2016) |
| 04/05/2016 | 36 | NOTICE by Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc. *of Objection to Docket Control Order* (Mann, James) (Entered: 04/05/2016) |
| 04/05/2016 | 37 | Submission of Stipulated Protective Order by Global Equity Management (SA) Pty. Ltd.. (Ramey, William) (Entered: 04/05/2016) |
| 04/05/2016 | 38 | NOTICE of Discovery Disclosure by AirBNB, Inc. *regarding Compliance with Initial and Additional Disclosures* (Lo, Audrey) (Entered: 04/05/2016) |
| 04/05/2016 | 39 | Opposed MOTION for Leave to File *Plaintiff's Motion to Enter Opposed Docket Control Order (Doc. No. 35)* by Global Equity Management (SA) Pty. Ltd.. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Ex 1, # 3 Affidavit Ramey Declaration, # 4 Exhibit Ramey Ex A)(Ramey, William) (Entered: 04/05/2016) |
| 04/07/2016 | 40 | Unopposed MOTION for Extension of Time to File Answer re 20 Amended Complaint by AirBNB, Inc.. (Attachments: # 1 Text of Proposed Order)(Sinclair, Bryan) (Entered: 04/07/2016) |
| 04/12/2016 | 41 | ORDER granting 40 Motion for Extension of Time to Answer. Signed by Magistrate Judge Roy S. Payne on 04/11/2016. (nkl, ) (Entered: 04/12/2016) |
| 04/12/2016 | | Answer Due Deadline Updated for AirBNB, Inc. to 4/28/2016. (nkl, ) (Entered: 04/12/2016) |
| 04/18/2016 | 42 | RESPONSE to Motion re 34 Opposed MOTION to Change Venue ,*Transfer Venue to the Northern District of California* filed by Global Equity Management (SA) Pty. Ltd. . (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Affidavit Ramey Declaration, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2)(Ramey, William) (Additional attachment(s) added on 4/19/2016: # 5 Revised Proposed Order) (nkl, ). (Entered: 04/18/2016) |
| 04/22/2016 | 43 | RESPONSE to Motion re 39 Opposed MOTION for Leave to File *Plaintiff's Motion to Enter Opposed Docket Control Order (Doc. No. 35)* filed by Alibaba.com Singapore E-Commerce Private Ltd., Alibaba.com, Inc.. (Attachments: # 1 Text of Proposed Order)(Mann, James) (Entered: 04/22/2016) |
| 04/28/2016 | 44 | REPLY to Response to Motion re 34 Opposed MOTION to Change Venue ,*Transfer Venue to the Northern District of California* filed by AirBNB, Inc. . (Sinclair, Bryan) (Entered: 04/28/2016) |
| 04/28/2016 | 45 | ANSWER to 20 Amended Complaint by AirBNB, Inc..(Sinclair, Bryan) (Entered: 04/28/2016) |
| 05/04/2016 | 46 | CONSOLIDATION ORDER - The Court previously entered a Consolidation Order consolidating multiple related cases with Lead Case No. 2:16-cv-95. (Dkt. No. 9). The Court now enters this additional Consolidation Order to consolidate additional cases with the Lead Case. The above-captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues (except venue) under Global Equity Management (SA) Pty. Ltd. v. Expedia, Inc. et. al., (Civil Action No. 2:16-cv-0095-RWS-RSP) (the Lead Case). Signed by Magistrate Judge Roy S. Payne on 5/4/16. (ch, ) (Entered: 05/04/2016) |
| 05/09/2016 | 47 | SUR-REPLY to Reply to Response to Motion re 34 Opposed MOTION to Change Venue ,*Transfer Venue to the Northern District of California* filed by Global Equity Management (SA) Pty. Ltd. . (Ramey, William) (Entered: 05/09/2016) |
| 01/06/2017 | 48 | ORDER finding as moot 28 Motion for Extension of Time to Answer in light of the Answer filed at 45 . Signed by Magistrate Judge Roy S. Payne on 1/6/2017. (rsp3, ) (Entered: 01/06/2017) |
| 01/06/2017 | 49 | ORDER finding as moot 31 Motion for Extension of Time to File in light of the 3rd Amended Complaint filed in Dkt. No. 134 of Lead Case No. 2:16-cv-95. Signed by Magistrate Judge Roy S. Payne on 1/6/2017. (rsp3, ) (Entered: 01/06/2017) |
| 01/12/2017 | 50 | **FILED IN ERROR PER CHAMBERS**<br><br>ORDER finding as moot 34 Motion to Change Venue in light of the latest Joint Docket Control Order at Dkt. No. 235 in Lead Case No. 2:16-cv-95. Signed by Magistrate Judge Roy S. Payne on 1/12/2017. (rsp3, ) Modified on 1/13/2017 (nkl, ). (Entered: 01/12/2017) |
| 01/12/2017 | 51 | ORDER finding as moot 39 Motion for Leave to File in light of the latest Joint Docket Control Order at Dkt. No. 235 in Lead Case No. 2:16-cv-95. Signed by Magistrate Judge Roy S. Payne on 1/12/2017. (rsp3, ) (Entered: 01/12/2017). Signed by Magistrate Judge Roy S. Payne on 1/12/2017. (rsp3, ) (Entered: 01/12/2017) |
| 01/13/2017 | | ***FILED IN ERROR PER CHAMBERS. Document # 50, Order. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 01/13/2017) |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?719885517625365-L_1_0-1

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/11/2017 10:31:39 | | | |
| **PACER Login:** | levine049:2590515:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:15-cv-01700-RWS-RSP |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?814476492639658-L_1_0-1

CASREF,CONSOL,JURY,PATENT/TRADEMARK,RWS2

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Marshall)**
**CIVIL DOCKET FOR CASE #: 2:16-cv-00637-RWS-RSP**

| | |
|---|---|
| Global Equity Management (SA) Pty. Ltd. v. Zillow, Inc. et al | Date Filed: 06/14/2016 |
| Assigned to: Judge Robert W. Schroeder, III | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 830 Patent |
| Lead case: 2:16-cv-00618-RWS-RSP | Jurisdiction: Federal Question |
| Member case: (View Member Case) | |
| Cause: 35:183 Patent Infringement | |

**Plaintiff**

**Global Equity Management (SA) Pty. Ltd.**         represented by **William P Ramey , III**
Ramey & Browning, PLLC - Houston
5020 Montrose Blvd.
Suite 750
Houston, TX 77006
713-426-3923
Fax: 832-900-4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zillow, Inc.**         represented by **J David Hadden**
Fenwick & West LLP - Mountain View
Silicon Valley Center
801 California Street
Mountain View, CA 94041
650-988-8500
Fax: 16509385200
Email: dhadden@fenwick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
Haltom & Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903/255-1000
Fax: 903/255-0800
Email: jdoan@haltomdoan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Randall Roeser**
Haltom & Doan
6500 Summerhill Road
Crown Executive Center Suite 100
P O Box 6227
Texarkana, Tx 75505
903-255-1000
Fax: 903-255-0800
Email: rroeser@haltomdoan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zillow Group, Inc.**         represented by **J David Hadden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Haltom Doan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?814476492639658-L_1_0-1

|  |  |
|---|---|
|  | **Jeffrey Randall Roeser**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

**Defendant**

|  |  |  |
|---|---|---|
| **Amazon Web Services, Inc.** | represented by | **J David Hadden**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
|  |  | **Saina Shamilov**<br>Fenwick & West LLP - Mountain View<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>650/988-8500<br>Fax: 650/938-5200<br>Email: sshamilov@fenwick.com<br>ATTORNEY TO BE NOTICED |

**Defendant**

|  |  |  |
|---|---|---|
| **Vadata, Inc.** | represented by | **J David Hadden**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
|  |  | **Saina Shamilov**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2016 | 1 | COMPLAINT *Plaintiff's Original Complaint for Patent Infringement* against Zillow Group, Inc., Zillow, Inc. ( Filing fee $ 400 receipt number 0540-5787225.), filed by Global Equity Management (SA) Pty. Ltd.. (Attachments:<br># 1 Exhibit Ex A,<br># 2 Exhibit Ex B,<br># 3 Civil Cover Sheet Civil Cover Sheet,<br># 4 Supplement Form AO 120)(Ramey, William) (Entered: 06/14/2016) |
| 06/14/2016 |  | Case assigned to Judge Robert W. Schroeder, III. (ch, ) (Entered: 06/14/2016) |
| 06/14/2016 | 2 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Robert W. Schroeder, III on 6/14/2016. (ch, ) (Entered: 06/14/2016) |
| 06/14/2016 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 06/14/2016) |
| 06/21/2016 | 3 | SUMMONS Issued as to Zillow Group, Inc., Zillow, Inc.. (Attachments:<br># 1 Summons(es))(ch, ) (Entered: 06/21/2016) |
| 06/23/2016 | 4 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 06/23/2016) |
| 07/28/2016 | 5 | AMENDED COMPLAINT *Plaintiff's First Amended Complaint for Patent Infringement* against Zillow Group, Inc., Zillow, Inc., Amazon Web Services, Inc., Vadata, Inc., filed by Global Equity Management (SA) Pty. Ltd.. (Attachments:<br># 1 Exhibit A,<br># 2 Exhibit B)(Ramey, William) (Entered: 07/28/2016) |
| 08/03/2016 | 6 | SUMMONS Issued as to Amazon Web Services, Inc., Vadata, Inc.. (Attachments:<br># 1 Summons(es))(ch, ) (Entered: 08/03/2016) |
| 08/04/2016 | 7 | Opposed MOTION to Dismiss *Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution of the First-Filed Action in the Eastern District of Virginia* by Amazon Web Services, Inc., Vadata, Inc.. (Attachments:<br># 1 Affidavit of Ravi Ranganath in Support of Motion to Dismiss Or, in the Alternative, Transfer Claims,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C,<br># 5 Exhibit D,<br># 6 Exhibit E,<br># 7 Exhibit F,<br># 8 Exhibit G,<br># 9 Exhibit H,<br># 10 Exhibit I,<br># 11 Exhibit J, |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?814476492639658-L_1_0-1

|  |  |  |
|---|---|---|
|  |  | # 12 Exhibit K,<br># 13 Exhibit L,<br># 14 Text of Proposed Order Granting Motion to Dismiss Or, In the Alternative, Transfer Claims)(Shamilov, Saina) (Entered: 08/04/2016) |
| 08/04/2016 | 8 | CORPORATE DISCLOSURE STATEMENT filed by Amazon Web Services, Inc., Vadata, Inc. (Shamilov, Saina) (Entered: 08/04/2016) |
| 08/22/2016 | 9 | RESPONSE in Opposition re 7 Opposed MOTION to Dismiss *Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution o* filed by Global Equity Management (SA) Pty. Ltd. . (Attachments:<br># 1 Affidavit Dec. Ramey,<br># 2 Exhibit Ex. 1, Witness List,<br># 3 Exhibit Ex. 2, Sales Records,<br># 4 Exhibit Ex. 3, Patent 1st Page,<br># 5 Exhibit Ex. 4, Invalidity Contentions,<br># 6 Exhibit Ex. 5, '400 Patent,<br># 7 Exhibit Ex. 6, '677 Patent,<br># 8 Text of Proposed Order Proposed Order,<br># 9 Text of Proposed Order Proposed Order)(Ramey, William) (Entered: 08/22/2016) |
| 08/30/2016 | 10 | NOTICE by Global Equity Management (SA) Pty. Ltd. *Notice of Related Cases* (Ramey, William) (Entered: 08/30/2016) |
| 09/01/2016 | 11 | REPLY to Response to Motion re 7 Opposed MOTION to Dismiss *Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution o f the First-Filed Action in the Eastern District of Virginia* filed by Amazon Web Services, Inc., Vadata, Inc.. (Attachments:<br># 1 Affidavit of Ravi Ranganath ISO Reply,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C,<br># 5 Exhibit D)(Shamilov, Saina) (Entered: 09/01/2016) |
| 09/07/2016 | 12 | NOTICE by Global Equity Management (SA) Pty. Ltd. *Certificate of Interested Persons* (Ramey, William) (Entered: 09/07/2016) |
| 09/12/2016 | 13 | SUR-REPLY to Reply to Response to Motion re 7 Opposed MOTION to Dismiss *Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution o* filed by Global Equity Management (SA) Pty. Ltd. . (Ramey, William) (Entered: 09/12/2016) |
| 09/27/2016 | 14 | NOTICE of Attorney Appearance by Jennifer Haltom Doan on behalf of Zillow Group, Inc., Zillow, Inc. (Doan, Jennifer) (Entered: 09/27/2016) |
| 09/27/2016 | 15 | NOTICE of Attorney Appearance by Jeffrey Randall Roeser on behalf of Zillow Group, Inc., Zillow, Inc. (Roeser, Jeffrey) (Entered: 09/27/2016) |
| 09/27/2016 | 16 | ***FILED IN ERROR, PLEASE IGNORE***Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Zillow Group, Inc., Zillow, Inc..( Doan, Jennifer) Modified on 9/28/2016 (sm, ). (Entered: 09/27/2016) |
| 09/27/2016 | 17 | ***FILED IN ERROR, PLEASE IGNORE***Unopposed MOTION for Extension of Time to File Answer by Zillow Group, Inc., Zillow, Inc.. (Hadden, J) Modified on 9/28/2016 (sm, ). (Entered: 09/27/2016) |
| 09/27/2016 | 18 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Zillow Group, Inc., Zillow, Inc.. - [TO REPLACE DKT 17)Hadden, J) (Entered: 09/27/2016) |
| 09/27/2016 | 19 | NOTICE OF JOINDER - by Zillow Group, Inc., Zillow, Inc. re 11 Reply to Response to Motion,, 7 Opposed MOTION to Dismiss *Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution o f the First-Filed* - OF JOINDER (Hadden, J) Modified on 9/28/2016 (ch, ). (Entered: 09/27/2016) |
| 09/28/2016 |  | ***FILED IN ERROR, PER ATTORNEY. Document # 16, Application to Extend Time and #17 Motion to extend time. #17 Motion is now Terminated. PLEASE IGNORE. (SEE #18 FOR CORRECTED DOCUMENT.)***<br><br>(sm, ) (Entered: 09/28/2016) |
| 09/28/2016 |  | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Zillow Group, Inc. to 10/27/2016; Zillow, Inc. to 10/27/2016. 30 Days Granted for Deadline Extension.( sm, ) (Entered: 09/28/2016) |
| 09/30/2016 | 20 | Unopposed MOTION for Hearing re 7 Opposed MOTION to Dismiss *Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution o f the First-Filed Action in the Eastern District of Virginia* by Amazon Web Services, Inc., Vadata, Inc.. (Hadden, J) (Additional attachment(s) added on 10/3/2016:<br># 1 Text of Proposed Order) (ch, ). (Entered: 09/30/2016) |
| 10/06/2016 | 21 | CONSOLIDATION ORDER - The above-captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues (except venue) with the LEAD CASE, Cause No. 2:16-cv-00618. All parties are instructed to file any future filings (except relating to venue) in the LEAD CASE., Cases associated.. Signed by Magistrate Judge Roy S. Payne on 10/05/2016. (nkl, ) (Entered: 10/06/2016) |
| 01/25/2017 | 22 | ORDER granting 7 Motion to Dismiss Or, In the Alternative, Transfer Claims Against Amazon Web Services, Inc. and VADATA, Inc. Under the First-To-File Rule and to Stay Claims Against Customer Defendants Zillow, Inc. and Zillow Group, Inc. Pending Resolution |

https://ecf.txed.uscourts.gov/cgi-bin/DktRpt.pl?814476492639658-L_1_0-1

|  |  | of the First-Filed Action in the Eastern District of Virginia. Signed by Magistrate Judge Roy S. Payne on 1/24/2017. (nkl, ) (Entered: 01/25/2017) |
| --- | --- | --- |
| 01/25/2017 | 23 | ORDER finding as moot 20 Motion for Hearing in light of Order 22 granting Motion 7 . Signed by Magistrate Judge Roy S. Payne on 1/25/2017. (rsp3, ) (Entered: 01/25/2017) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/11/2017 10:36:03 | | | |
| PACER Login: | levine049:2590515:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:16-cv-00637-RWS-RSP |
| Billable Pages: | 5 | Cost: | 0.50 |