# Exhibit 18

DUPLICATE

**FDN:**
**IN THE SUPREME COURT OF SOUTH AUSTRALIA**
**IN THE CIVIL JURISDICTION**
**SCCIV 1280 of 2016**

Between:

**GLOBAL EQUITY MANAGEMENT (SA) PTY LTD**
Plaintiff

and

**ELECTRONIC FRONTIER FOUNDATION**
Defendant

---

### ORDER WITH INJUNCTION

---

| | |
|---|---|
| Filed on behalf of the Plaintiff, GLOBAL EQUITY MANAGEMENT (SA) PTY LTD by | Conatur Legal<br>1026 South Road<br>Edwardstown SA 5039 |
| | Telephone: 08 8177 2043<br>Mobile:<br>Facsimile: 08 8177 2049 |
| | Email: info@conatur.com.au |
| | 'L' Code: L2529<br>'P' Code: P11257 |

Settled by: Sean Richter

Date and time of filing or transmission:

| | |
|---|---|
| **Judicial Officer:** | Her Honour Judge Bochner |
| **Date of application:** | 4 October 2016 |
| **Application made by:** | Plaintiff |
| **Date of hearing:** | 31 October 2016 |
| **Date of order:** | 31 October 2016 |
| **Appearances:** | Mr S Richter counsel for the Plaintiff |
| | No appearance for the Defendant |

**Undertaking:** The Plaintiff by its solicitor/counsel undertaking to:

(a) submit to such order (if any) as the Court may consider to be just for the payment of compensation, to be assessed by the Court or as it may direct, to any person (whether or not a party) affected by the operation of the interlocutory order or undertaking or any continuation (with or without variation) of the order or undertaking; and

(b) pay the compensation referred to in (a) to the person or persons referred to in the order.

**THE COURT ORDERS that:**

1. The Defendant immediately remove the article entitled 'Stupid Patent of the Month: Storage Cabinets on a Computer' written by Daniel Nazer and published on 30 June 2016 through the website *'Electronic Frontier Foundation – Defending Your rights in the Digital World'*.

2. The Defendant be restrained from publishing, selling, or otherwise disseminating the article titled 'Stupid Patent of the Month: Storage Cabinets on a Computer' written by Daniel Nazer and published on 30 June 2016 through the website *'Electronic Frontier Foundation – Defending Your rights in the Digital World'*.

3. Until further order the Defendant be restrained from publishing any content with respect to the Plaintiff's intellectual property.



4. The Defendant has liberty to apply within 28 days of service of these orders.

**SENIOR DEPUTY REGISTRAR**

NOTE: If the within named Defendant does not comply with this order its assets may by seized and it directors and other officers may be liable to be imprisoned for contempt of Court.



Form 1                                                                                           Front sheet

**FDN**

**IN THE SUPREME COURT OF SOUTH AUSTRALIA**
**IN THE CIVIL JURISDICTION**
**SCCIV 1280 of 2016**

**BETWEEN**

**GLOBAL EQUITY MANAGEMENT (SA) PTY LTD**
Plaintiff
and

**ELECTRONIC FRONTIER FOUNDATION**
Defendant

## REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS AND CERTIFICATE OF SERVICE

| | |
|---|---|
| Filed on behalf of the Plaintiff, GLOBAL EQUITY MANAGEMENT (SA) PTY LTD by | Conatur Legal<br>1026 South Road<br>Edwardstown SA 5039<br><br>Telephone: 08 8177 2043<br>Mobile:<br>Facsimile: 08 8177 2049<br><br>Email:     info@conatur.com.au<br><br>'L' Code:  L2529<br>'P' Code:  P11257 |

Settled by: Sean Richter

Date and time of filing or transmission:

**Rules 41D(2)(a) and 41F(2)(a)**

Form 13          Request for service abroad of judicial documents and certificate of service

## REQUEST FOR SERVICE ABROAD OF JUDICIAL DOCUMENTS AND CERTIFICATE OF SERVICE

**PART 1      Request for service abroad of judicial documents**

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at The Hague, the 15th of November 1965**

| Identity and address of the applicant on whose behalf the forwarding authority requests service: | Identity and address of receiving authority (*Central Authority/additional authority*) |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY LTD c/- Conatur Legal, 1026 South Road Edwardstown, SA, 5039 Australia | U.S. Department of Justice<br>Civil Division<br>Office of International Judicial Assistance<br>Benjamin Franklin Station<br>P.O. Box 14360<br>Washington, D.C. 20004<br>United States of America<br>tel.: +1 202-514-6700<br>fax: +1 202-514-6584<br>Contact person: Ms Jeanne Davidson, Director<br>(language of communication: English) |

The undersigned forwarding authority has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, Electronic Frontier Foundation of 815 Eddy Street San Francisco CA 94109 USA.

(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention;

The receiving authority (*Central Authority/additional authority*) is requested to return or to have returned to the applicant a copy of the following documents with a certificate of service as provided in Part 2 of this Form.

1. Order with Injunction made by Her Honour Judge Bochner on 31 October 2016

Done at Adelaide, on the 22 November 2016

(E. G. SURMAN)
Signature or stamp (or both) of forwarding authority

Form 1                                                                                    Front sheet

**FDN**

**IN THE SUPREME COURT OF SOUTH AUSTRALIA**
**IN THE CIVIL JURISDICTION**
**SCCIV 1280 of 2016**

**BETWEEN**

**GLOBAL EQUITY MANAGEMENT (SA) PTY LTD**
Plaintiff

and

**ELECTRONIC FRONTIER FOUNDATION**
Defendant

**SUMMARY OF THE DOCUMENT TO BE SERVED**

Filed on behalf of the Plaintiff,         Conatur Legal
GLOBAL EQUITY MANAGEMENT          1026 South Road
(SA) PTY LTD by                                Edwardstown SA 5039

Telephone:  08 8177 2043
Mobile:
Facsimile:  08 8177 2049

Email:       info@conatur.com.au

'L' Code:   L2529
'P' Code:   P11257

Settled by:  Sean Richter

Date and time of filing or transmission:

Rule 41D(2)(c)

Form 14                                                  Summary of the document to be served

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at The Hague, the 15th November 1965**

(Article 5, fourth paragraph)

---

Identity and address of the addressee (*Central Authority/additional authority*):


U.S. Department of Justice

Civil Division

Office of International Judicial Assistance

Benjamin Franklin Station

P.O. Box 14360

Washington, D.C. 20004

United States of America

tel.: +1 202-514-6700

fax: +1 202-514-6584

Contact person: Ms Jeanne Davidson, Director

(language of communication: English)

---

### IMPORTANT

**The enclosed document is of a legal nature and may affect your rights and obligations. The summary of the document to be served will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.**

Current to 1 October 2014

If your financial resources are insufficient, you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to

......................................................................................................

## SUMMARY OF THE DOCUMENT TO BE SERVED

**Name and address of the forwarding authority:**

Supreme Court of South Australia
1 Gouger Street
Adelaide SA 5000
Australia

**Particulars of the parties:**

Plaintiff:           Global Equity Management (SA) Pty Ltd c/- Conatur Legal, 1026 South Road Edwardstown SA 5039, Australia

Defendant:       Electronic Frontier Foundation of 815 Eddy Street San Francisco CA 94109 USA.

## JUDICIAL DOCUMENT

**Nature and purpose of document:**
Order with Injunction

**Nature and purpose of the proceeding and, when appropriate, the amount in dispute:**
Interlocutory Application Ordering that:

1. The Defendant immediately remove the article entitled 'Stupid Patent of the Month: Storage Cabinets on a Computer' written by Daniel Nazer and published on 30 June 2016 through the website '*Electronic Frontier Foundation – Defending Your rights in the Digital World*'.

2. The Defendant be restrained from publishing, selling, or otherwise disseminating the article titled 'Stupid Patent of the Month: Storage Cabinets on a Computer' written by Daniel Nazer and published on 30 June 2016 through the website '*Electronic Frontier Foundation – Defending Your rights in the Digital World*'.

3. Until further order the Defendant be restrained from publishing any content with respect to the Plaintiff's intellectual property.

4. The defendant has liberty to apply within 28 days of service of these orders.

**Date and place for entering appearance:** N/A

**Court in which proceeding pending/judgment given:** Supreme Court of South Australia

**Date of judgment:** 31 October 2016

**Time limits stated in the document:**
The Defendant has liberty to apply within 28 days of service of the order

**PART 2**     **Certificate of service**

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at The Hague, the 15th of November 1965**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention:

1. that the documents listed in Part 1 have been served

    on

    at

    in one of the following methods authorised by Article 5:

    (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention,

    The documents referred to in the request have been delivered to:

2. that the documents have not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the forwarding authority is requested to pay or reimburse the expenses detailed in the attached statement.

**Annexes**

Documents returned:

In appropriate cases, documents establishing the service:

Done at          , on the

_____
Signature or stamp (or both) of forwarding authority