# Exhibit 19



1026 South Road
EDWARDSTOWN SA 5039

TEL: (08) 8177 2043
FAX: (08) 8177 2049

20 January 2017

815 Eddy Street
San Francisco
CA 94109 USA

**BY POST & EMAIL:** info@eff.org

Dear Sir/Madam

**RE:   GLOBAL EQUITY MANAGEMENT (SA) PTY LTD -V- ELECTRONIC FRONTIER FOUNDATION**

This law firm represents Global Equity Management (SA) Pty Ltd. If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

Your company was duly served on 12 December 2016 with an order of the Supreme Court of South Australia made by Judge Bochner on 4 October 2016.

As you should be aware, the order required your company to immediately remove the article entitled 'Stupid Patent of the Month: Storage Cabinets on a Computer' ("the Article") to be removed from your website 'Electronic Frontier Foundation – Defending Your Rights in the Digital World'.

We observe that as at the date of this letter your company has failed to comply with the Court Order and the article remains in publication.

Your recalcitrant actions constitute a continued violation of Australian Laws which act to preclude the negligent dissemination of fact and the publication of materials that are likely to mislead or deceive the global public throughout the world wide web.  If you do not comply with the order to take town the article, you may be liable for contempt of Court.

Our client continues to suffer financial damage through the permanent publication and dissemination of material that is grossly inaccurate and defamatory to our client's legitimate interests in the global intellectual property sector.

Telephone: (08) 8177 2043
Email: info@conatur.com.au
Liability limited by a scheme approved under professional standards legislation
ACN: 139 837 942



We further draw your attention to the recent decision further establishing the legitimacy of our client's patents as set down in the United States District Court for the Eastern District of Texas and available at the Justicia website.[1]

We demand that you immediately take down the article from your website as ordered by Judge Bocher on 4 October 2016.

We further demand that you make immediate arrangements for any links to the article to be removed from the world wide web including any and all other websites which references the infringing material.  If you do not do this, we will be forced to do so at your expense.

In addition to the above, we submit that your company should pay compensation to our client to wholly address the significant damages sustained by it through the dissemination of your negligent misstatements.

At present, we reasonably estimate that the sum of damages sustained by our client is likely to be in the vicinity of $750,000.00.

We demand that you make payment within 21 days and this can be made directly to: -

> **Conatur Legal Pty Ltd Statutory Trust Account**
> **BSB:  085-458**
> **Account Number:  748141719**
> **Swift Code: NATAAU3303M**

If you do not comply with this demand within the nominated time period, our client is entitled to use your failure to comply as evidence and will seek full monetary damages and equitable relief for your infringement.

Failure by you to comply will result in our client pursuing all available legal remedies to it, including seeking compensatory damages, punitive damages, interest as allowed by law, legal costs and any other relief as the relevant court may deem just and proper.

WITHOUT PREJUDICE SAVE AS TO COSTS

Yours faithfully
**CONATUR LEGAL**

**Pasha Mehr**
Principal Solicitor
pasha@conatur.com.au

---

[1] https://docs.justia.com/cases/federal/district-courts/texas/txedce/2:2016cv00095/165786/232

Telephone: (08) 8177 2043
Email: info@conatur.com.au
Liability limited by a scheme approved under professional standards legislation
ACN: 139 837 942