# Exhibit 21

https://support.google.com/legal/answer/3110420



## Legal Help

LEGAL

# Legal Removal Requests



If you've come across content on Google that may violate the law, let us know, and we'll carefully review the material and consider blocking, removing or restricting access to it. Abusive content on Google's services may also violate Google's product policies, so before sending us a legal request, consider flagging the post, image, or video for one of our content teams to review. For more information on our product and privacy policies, our commitment to transparency, and how to submit a valid legal notice to Google, read on below.

Finding support for your issue

Protecting your information

Transparency in our process

Understanding copyright

Submit a Legal Request

### Understanding Content Removal

Frequently Asked Questions

Copyright Help Center

Privacy Troubleshooter