Ashley I. Kissinger (No. 193693)
email: akissinger@lskslaw.com
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
Phone: (303) 376-2407
Fax: (303) 376-2401

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD<br><br>    Defendant. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned certifies that as of this date, there is no person, association of persons, firm, partnership, corporation (including parent corporation), or other entity other than the parties themselves known by Plaintiff Electronic Frontier Foundation  to have either: (i) a financial interest of any kind in the subject matter in controversy or

in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  April 12, 2017　　　　　　Respectfully submitted by:

             _s/ Ashley I. Kissinger_
Ashley I. Kissinger (No. 193693)
email: akissinger@lskslaw.com
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
Phone: (303) 376-2407
Fax: (303) 376-2401


Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____