UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,
            Plaintiff

v.

GLOBAL EQUITY MANAGEMENT(SA)PTY LTD.,
            Defendant.

Case No. 17-cv-02053-MEJ

### **AFFIDAVIT OF SERVICE UPON GLOBAL EQUITY MANAGEMENT (SA) PTY LTD.**

I, Keith William Bruce-Gordon, process server and employee of Allstate Interstate, located at 8 Beulah Road, Norwood, South Australia, Australia, being duly sworn, make oath and say as follows, that:

1. I am over the age of 21, a non-party to this action, and am authorized to serve legal process in Australia;

2. On or about April 28, 2017, I was instructed by plaintiff's attorneys of the law firm Levine Sullivan Koch & Schulz, LLP to serve upon Defendant Global Equity Management (SA) Pty Ltd. (hereinafter "GEMSA") the following documents:

   - Hague Service Convention "Notice"
   - Hague Service Convention "Summary"
   - Summons in a Civil Action
   - Complaint for Declaratory Judgment with Exhibits 1-21
   - Civil Cover Sheet
   - Certification of Interested Entities or Persons
   - Order Setting Initial Case management Conference and ADR Deadlines
   - EFC Registration Information
   - Notice of Assignment of Case to a United States Magistrate Judge for Trial
   - Consenting to the Jurisdiction of a Magistrate Judge
   - Discovery Standing Order for Magistrate Judge Maria-Elena James
   - Civil Standing Order for Magistrate Judge Maria-Elena James
   - Contents of Joint Case Management Statement
   - Consent to Magistrate Judge Jurisdiction

3. According to Plaintiff's attorneys, GEMSA is located at c/o United Accountants Group Pty Ltd.,

458 Morphett Road, Warradale, Southern Australia 5046, Australia;

4. On May 2, 2017 at 11:25 a.m., I visited the 458 Morphett Road address with the intention of serving the above-referenced documents upon Global. Upon arrival I met with an employee of United Accountants Group Pts Ltd. who identified himself as "Mobin". Mobin declined to accept service on behalf of GEMSA. I laid the above-referenced documents on the counter at reception and advised him that he was being served with legal process on behalf of Global Equity Management (SA) Pty Ltd.

5. Mobin is a male of Middle Eastern appearance, approximately 28 years old, 5'9 tall with short black hair, a light beard and average build.

6. I believe service to have been effected upon defendant Global Equity Management (SA) Pty Ltd. in accordance with a method prescribed by the internal laws of Southern Australia for civil matters within this jurisdiction, and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States.

I declare under penalty of perjury under the laws of the United States and Australia that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at __EASTWOOD__, Southern Australia before me on this __25TH__ day of May 2017.

_____  
Signature of Australian Justice of the Peace/ Commissioner of Oaths  

JANELLE IRENE SCOTT  
A Commissioner for taking affidavits  
[Seal] in the Supreme Court of South Australia

_____  
Keith William Bruce-Gordon, Process Server

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Electronic Frontier Foundation | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV 17-2053 MEJ |
| Global Equity Management (SA) Pty Ltd | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Global Equity Management (SA) Pty Ltd
   458 Morphett Road
   Warradale, South Australia 5046


   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Ashley I. Kissinger
   Levine Sullivan Koch & Schulz, LLP
   1888 Sherman Street, Suite 370
   Denver, CO 80203


   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*



Date:  4/13/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: