Reset Form

1
2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br>　　　　　　　　Plaintiff(s),<br><br>　　　v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br>　　　　　　　　Defendant(s). | Case No: 17-cv-02053-MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Matthew E. Kelley, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Electronic Frontier Foundation in the above-entitled action. My local co-counsel in this case is Duffy Carolan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>LEVINE SULLIVAN KOCH & SCHULZ, LLP<br>1899 L Street, NW, Suite 200<br>Washington, DC 20036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>JASSY VICK CAROLAN<br>601 Montgomery Street, Suite 850<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 508-1112 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 539-3399 |
| MY EMAIL ADDRESS OF RECORD:<br>mekelley@lskslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dcarolan@jassyvick.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1018126.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

　　Dated: 06/21/2017　　　　　　　　　　　　　　　　　/s/Matthew E. Kelley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Matthew E. Kelley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE