# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>　　　　　Defendant(s) | Case No. C 17-cv-02053-MEJ<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 6/21/17　　　　Signed: _____ KURT OPSAHL
　　　　　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　　　　　Party

Date: June 22, 2017　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　　Attorney

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 11-2016*