Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>         Plaintiff(s)<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>         Defendant(s) | Case No. C 17-cv-02053-MEJ<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

- ☒ have not yet reached an agreement to an ADR process OR
- ☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Ashley I. Kissinger<br>Electronic Frontier Foundation | (303) 376-2407<br>akissinger@lskslaw.com |
| Note: Defendant was served with process and failed to answer. Plaintiff will shortly move for default judgment. | |
| | |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: June 22, 2017          Signed: _____
                                          Attorney for Plaintiff

Date:                        Signed: _____
                                          Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

Form ADR-TC rev. 6-2016