UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>        Defendant. | Case No. 17-cv-02053-MEJ<br><br>**STATUS ORDER** |

This matter is currently scheduled for a Case Management Conference on July 13, 2017. However, as no joint statement has been filed, the Court VACATES the conference and ORDERS Plaintiff to file a status report by July 20, 2017.

**IT IS SO ORDERED.**

Dated: July 7, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge