1  Ashley I. Kissinger (No. 193693)
   email: akissinger@lskslaw.com
2  Matthew E. Kelley (*pro hac vice* motion pending)
   Email: mekelley@lskslaw.com
3  LEVINE SULLIVAN KOCH & SCHULZ, LLP
   1888 Sherman Street, Suite 370
4  Denver, CO  80203
   Phone: (303) 376-2407
5  Fax: (303) 376-2401

6  Duffy Carolan (No. 154988)
   email: dcarolan@jassyvick.com
7  Kevin Vick (No. 220738)
   email: kvick@jassyvick.com
8  JASSY VICK CAROLAN
   601 Montgomery Street, Suite 850
9  San Francisco, CA  94111
   Phone: (415) 539-3399
10 Fax: (415) 539-3394

11 *Attorneys for Plaintiff*
   *Electronic Frontier Foundation*
12

13                   UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17 ELECTRONIC FRONTIER FOUNDATION, )
                                   )
18         Plaintiff,               )   Case No. 3:17-CV-02053-MEJ
                                   )
19 v.                              )   **CERTIFICATE OF SERVICE**
                                   )
20 GLOBAL EQUITY MANAGEMENT (SA)   )   Status Report Due:  July 20, 2017
   PTY LTD,                        )   Hearing Date:  September 7, 2017
21                                 )   Time:  10:00 a.m.
                                   )
22         Defendant.               )
                                   )
23

24 I hereby certify that on this 20th day of July, 2017, I caused a true and correct copy of:

25    1) the April 26, 2017 Consent to Magistrate Judge Jurisdiction, Dkt. No. 7,

26    2) the Affidavit of Service, filed June 8, 2016, Dkt. No. 8,

27    3) the Application for Admission Pro Hac Vice of Matthew E. Kelley, filed June 21, 2017, Dkt.

28       No. 9, as well as the attached Certificate of Good Standing, Dkt. No. 9-1,

1      4) the ADR Certification by Parties and Counsel, filed June 22, 2017, Dkt. No. 10,

2      5) the Notice of Need for ADR Phone Conference, filed June 22, 2017, Dkt. No. 11,

3      6) the Amended Affidavit of Service, filed June 30, 2017, Dkt. No. 12, and

4      7) the July 7, 2017 Status Order, Dkt. No. 13,

to be served via First Class Mail, return receipt requested, upon the following:

Global Equity Management (SA) Pty Ltd.
c/o United Accountants Group Pty Ltd.
458 Morphett Rd.
Warradale, SA 5046
       Australia

                              /s/ *Matthew E. Kelley*
                              Matthew E. Kelley