**LSKS | LEVINE SULLIVAN KOCH & SCHULZ, LLP**

1888 Sherman Street
Suite 370
Denver, CO 80203
(303) 376-2400 | Phone
(303) 376-2401 | Fax

Ashley I. Kissinger
(303) 376-2407
akissinger@lskslaw.com

August 30, 2017

**E-Filed via PACER**

The Honorable Maria-Elena James
Magistrate Judge
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom B - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Electronic Frontier Foundation v. Global Equity Management (SA) Pty Ltd.*, No. 3:17-CV-02053-MEJ (N.D. Cal.)

Dear Magistrate Judge James:

I am lead counsel for the plaintiff, EFF, in the above-referenced case. By Order dated August 28, 2017 [Dkt. No. 17], you have ordered EFF to file a supplemental brief addressing the issues of personal jurisdiction and service of process by September 5, 2017. EFF respectfully requests a brief extension of time – one additional week – to file this supplemental brief, making it due on Tuesday, September 12, 2017, instead.

The reason for this request is that both I and lead in-house counsel for EFF will be on vacation for much of the time between now and Tuesday, September 5 (I am out of town September 1 through September 5, and EFF's General Counsel, Kurt Opsahl, will be out of town August 31 through September 4).

Thank you very much for your consideration of this request.

Very truly yours,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: /s/ Ashley I. Kissinger
Ashley I. Kissinger