Ashley I. Kissinger (No. 193693)
email: akissinger@lskslaw.com
Matthew E. Kelley (*pro hac vice*)
Email: mekelley@lskslaw.com
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
Phone: (303) 376-2407
Fax: (303) 376-2401

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD<br><br>Defendant. | Case No. 3:17-CV-02053-MEJ<br><br>**REQUEST FOR CLARIFICATION OF COURT'S AUGUST 28, 2017 ORDER**<br><br>Hearing Date:  N/A (hearing canceled) |

On August 28, 2017, the Court entered an Order Vacating Hearing and Order for Supplemental Briefing (Dkt. No. 17).  In Item (2) of that Order, where the Court asked for supplemental briefing on the adequacy of service of process, the Court quoted from the original Affidavit of Service that EFF received from its international process server and filed on June 8, 2017 (Dkt. No. 8).  However, EFF later filed, on June 30, 2017, an Amended Affidavit of Service

1

1  (Dkt. No. 12) that contains a more fulsome description of both the facts and law on service of
2  process in this case.
3      In the interest of judicial economy, EFF wishes to bring to this Court's attention, before
4  filing supplemental briefing on this issue, the contents of the Amended Affidavit of Service, as EFF
5  believes it demonstrates that GEMSA has been properly served with process in accordance with the
6  Hague Convention and therefore addresses the Court's concerns.  A copy of the Amended Affidavit
7  of Service is attached hereto as Exhibit A.  EFF respectfully requests that this Court clarify whether
8  supplemental briefing concerning service of process is needed in light of the Amended Affidavit of
9  Service.
10 DATED:  August 31, 2017                    Respectfully submitted by:

             *s/ Ashley I. Kissinger*
12           Ashley I. Kissinger (No. 193693)
             email: akissinger@lskslaw.com
13           Matthew E. Kelley (*pro hac vice*)
             Email: mekelley@lskslaw.com
14           LEVINE SULLIVAN KOCH & SCHULZ, LLP
             1888 Sherman Street, Suite 370
15           Denver, CO  80203
             Phone: (303) 376-2400
16           Fax: (303) 376-2401

17
             Duffy Carolan (No. 154988)
18           email: dcarolan@jassyvick.com
             Kevin Vick (No. 220738)
19           email: kvick@jassyvick.com
             JASSY VICK CAROLAN
20           601 Montgomery Street, Suite 850
             San Francisco, CA  94111
21           Phone: (415) 539-3399
             Fax: (415) 539-3394
22
             *Attorneys for Plaintiff Electronic Frontier Foundation*
23

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2017, I electronically filed the foregoing REQUEST FOR CLARIFICATION OF THE COURT'S AUGUST 28, 2017 ORDER with the Clerk of the Court using the CM/ECF electronic filing system. I further certify that on September 1, 2017, I also caused a true and correct copy to be served via First Class Mail, return receipt requested, upon the following:

Global Equity Management (SA) Pty Ltd.
c/o United Accountants Group Pty Ltd.
458 Morphett Rd.
Warradale, SA 5046
    Australia

I also served upon GEMSA, in the same envelope, the following items:

- Order granting M. Kelley's Motion for Leave to Appear *Pro Hac Vice*, entered August 16, 2017, Dkt. No. 16;

- Order Vacating September 7, 2017 Hearing and for Supplemental Briefing, entered August 28, 2017, Dkt. No. 17;

- Letter Brief Requesting a Brief Extension of Time, filed August 30, 2017, Dkt. No. 18; and

- Order granting Extension of Time, entered August 30, 2017, Dkt. No. 19

          /s/ *Ashley I. Kissinger*
          Ashley I. Kissinger

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br>Plaintiff<br>v.<br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD.,<br>Defendant. | Case No. 3:17-CV-02053-MEJ<br><br>**AMENDED AFFIDAVIT OF SERVICE UPON GLOBAL EQUITY MANAGEMENT (SA) PTY LTD.** |

I, Keith William Bruce-Gordon, process server and employee of Allstate Interstate, located at 8 Beulah Road, Norwood, South Australia, Australia, being duly sworn, make oath and say as follows, that:

1. I am over the age of 21, a non-party to this action, and am authorized to serve legal process in Australia.

2. On or about April 28, 2017, I was instructed by plaintiff's attorneys of the law firm Levine Sullivan Koch & Schulz, LLP to serve upon Defendant Global Equity Management (SA) Pty Ltd. (hereinafter "GEMSA") the following documents:

   - Hague Service Convention "Notice"
   - Hague Service Convention "Summary"
   - Summons in a Civil Action
   - Complaint for Declaratory Judgment with Exhibits 1-21
   - Civil Cover Sheet
   - Certification of Interested Entities or Persons
   - Order Setting Initial Case management Conference and ADR Deadlines
   - EFC Registration Information
   - Notice of Assignment of Case to a United States Magistrate Judge for Trial
   - Consenting to the Jurisdiction of a Magistrate Judge
   - Discovery Standing Order for Magistrate Judge Maria-Elena James
   - Civil Standing Order for Magistrate Judge Maria-Elena James
   - Contents of Joint Case Management Statement
   - Consent to Magistrate Judge Jurisdiction

MAXINE RAYE WILLIAMS 1714<br>
*A Justice of the Peace in and for*<br>
*the State of South Australia*

Amended Affidavit of Service of Process<br>
Case No. 3:17-CV-02053-MEJ

3. According to the Australian Securities and Investment Commission's ("ASIC") database, GEMSA's registered address is located at United Accountants Group Pty Ltd., 458 Morphett Road, Warradale, Southern Australia 5046, Australia (*see* Organisational Search on Global Equity Management (SA) Pty Ltd. extract attached hereto as Exhibit A).

4. The Australian Service and Execution of Process Act 1992 – Section 9, which applies in this instance, states: "Service of a process, order or document under this Act on a company is to be effected by leaving it at, or by sending it by post to, the company's registered office." *See also* Corporations Act 2001 – Sect. 109X (1)(a) ("For the purposes of any law, a document may be served on a company" by, among other things, "leaving it at . . . the company's registered office.").

5. On May 2, 2017 at 11:25 a.m., I visited United Accountants Group at the 458 Morphett Road address with the intention of serving the above-referenced documents upon GEMSA. Upon arrival I met with a receptionist and advised I had documents for service upon GEMSA.

6. The receptionist asked an accountant for United Accountants Group Pty Ltd. to meet me. The accountant, who identified himself only as "Mobin," acknowledged that United Accountants Group is the registered office for GEMSA and that GEMSA's offices were upstairs, but declined to accept service on behalf of GEMSA. I laid the above-referenced documents on the counter at reception and advised Mobin that he was being served with legal process on behalf of Global Equity Management (SA) Pty Ltd.

7. Mobin is a male of Middle Eastern appearance, approximately 28 years old, 5'9" tall with short black hair, a light beard and average build.

8. I believe service to have been effected upon defendant Global Equity Management (SA) Pty Ltd. in accordance with a method prescribed by the internal laws of Southern Australia for civil matters within this jurisdiction, and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States.

Amended Affidavit of Service of Process
Case No. 3:17-cv-02053-MEJ

MAXINE RAE WILLIAMS 17141
*A Justice of the Peace in and for the State of South Australia*



I declare under penalty of perjury under the laws of the United States and Australia that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at Eastwood, South Australia before me on this __23__ day of June 2017.

_____  J.C.   __KBG__
Signature of Australian Justice of the Peace/   Keith William Bruce-Gordon, Process Server
Commissioner of Oaths

*[Seal]*   MAXINE RAYE WILLIAMS 17141
*A Justice of the Peace in and for
the State of South Australia*

Amended Affidavit of Service of Process
Case No. 3:17-CV-02053-MEJ

# EXHIBIT A

# ASIC ORGANISATIONAL SEARCH FOR GLOBAL EQUITY MANAGEMENT (SA) PTY LTD

J.P.
23/6/17.

MAXINE RAYE WILLIAMS 17141
*A Justice of the Peace in and for
the State of South Australia*

# ASIC & Business Names

## ORGANISATIONAL SEARCH ON GLOBAL EQUITY MANAGEMENT (SA) PTY LTD

**Current Extract**

This information was extracted from ASIC database on 18 April 2017 at 09:19AM

This extract contains information derived from the Australian Securities and Investment Commission's (ASIC) database under section 1274A of the Corporations Act 2001. Please advise ASIC of any error or omission which you may identify.

| 139 354 340 | **GLOBAL EQUITY MANAGEMENT (SA) PTY LTD** | **DOCUMENT NO.** |
|---|---|---|
| | 139 354 340 | |
| ABN | 38 139 354 340 | |
| Registered in | SA | |
| Date Registered | 09-Sep-2009 | |
| Review Date | 09-Sep-2017 | |

**Current Organisation Details**

| Name | GLOBAL EQUITY MANAGEMENT (SA) PTY LTD | 1E5797077 |
|---|---|---|
| Name Start | 09-Sep-2009 | |
| Status | REGISTERED | |
| Type | AUSTRALIAN PROPRIETARY COMPANY | |
| Class | LIMITED BY SHARES | |
| Subclass | PROPRIETARY COMPANY | |
| Disclosing Entity | NO | |

**Current Registered Office**

| Address | UNITED ACCOUNTANTS GROUP PTY LTD, 458 MORPHETT ROAD, WARRADALE, SA, 5046 | 7E4704172 |
|---|---|---|
| Start Date | 14-Sep-2012 | |

**Current Principal Place of Business**

| Address | 59 GULLY ROAD, SEACLIFF PARK, SA, 5049 | 1E5797077 |
|---|---|---|
| Start Date | 09-Sep-2009 | |

**Current Director**

| Officer Name | SCHUMANN RAFIZADEH | 7E7162175 |
|---|---|---|
| ABN | Not available | |
| Birth Details | 04-May-1952 TEHRAN IRAN, ISLAMIC REPUBLIC OF | |
| Address | 59 GULLY ROAD, SEACLIFF PARK, SA, 5049 | |
| Appointment Date | 03-Jul-2015 | |

**Current Secretary**

| | | |
|---|---|---|
| Officer Name | SCHUMANN RAFIZADEH | 7E7162175 |
| ABN | Not available | |
| Birth Details | 04-May-1952 TEHRAN IRAN, ISLAMIC REPUBLIC OF | |
| Address | 59 GULLY ROAD, SEACLIFF PARK, SA, 5049 | |
| Appointment Date | 03-Jul-2015 | |

**Current Issued Capital**

| | | | |
|---|---|---|---|
| Type | Current | | 1E5797077 |
| Class | ORD | | |
| | ORDINARY SHARES | | |
| Number of Shares/Interests issued | | 1 | |
| Total amount paid/taken to be paid | | $1.00 | |
| Total amount due and payable | | $0.00 | |

Note: For each class of shares issued by a proprietary company, ASIC records the details of the twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

**Current Members**

| | | | | |
|---|---|---|---|---|
| Class | ORD | | | 7E4234137 |
| No. Held | 1 | | | |
| Beneficially Owned | YES | Fully paid | YES | |
| Name | RAFIZADEH, MONDONA | | | |
| ABN | Not available | | | |
| Address | 59 GULLY ROAD, SEACLIFF PARK, SA, 5049 | | | |
| Joint Holding | NO | | | |

**Document Details**

| Received | Form Type | Processed | No. Pages | Effective | |
|---|---|---|---|---|---|
| 25-Jul-2015 | 484 | 25-Jul-2015 | 2 | 25-Jul-2015 | 7E7162175 |
| | 484E Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 07-Sep-2012 | 484 | 07-Sep-2012 | 2 | 07-Sep-2012 | 7E4704172 |
| | 484B Change to Company Details Change of Registered Address | | | | |
| 24-Jan-2012 | 484 | 24-Jan-2012 | 2 | 24-Jan-2012 | 7E4234278 |
| | 484E Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 24-Jan-2012 | 484 | 24-Jan-2012 | 2 | 24-Jan-2012 | 7E4234137 |
| | 484N Change to Company Details Changes to (Members) Share Holdings | | | | |
| 21-Sep-2011 | 484 | 21-Sep-2011 | 2 | 21-Sep-2011 | 7E3965721 |

| | | | | | |
|---|---|---|---|---|---|
| 484E | Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 09-Sep-2009 | 201 | 09-Sep-2009 | 3 | 09-Sep-2009 | 1E5797077 |
| 201C | Application For Registration as a Proprietary Company | | | | |

Section 146A of the *Corporations Act 2001* states **'A contact address is the address to which communications and notices are sent from ASIC to the company.'**

Address         PO BOX 230, SEACLIFF PARK, SA, 5049
Start Date      21-Oct-2009

\*\*\* End of Extract \*\*\*