UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>    Defendant. | Case No. 17-cv-02053-MEJ<br><br>**ORDER RE: REQUEST FOR CLARIFICATION**<br><br>Re: Dkt. No. 20 |

On August 28, 2017, the Court ordered Plaintiff Electronic Frontier Foundation ("EFF") to submit supplemental briefing on, among other things, whether Defendant Global Equity Management (SA) Pty Ltd. ("GEMSA") was properly served. Order, Dkt. No. 17. EFF's supplemental brief is due September 12, 2107. Dkt. No. 19.

On August 31, 2017, EFF submitted a request for clarification, in which it points to an Amended Affidavit of Service. Request, Dkt. No. 20; *see* Am. Aff. of Service, Dkt. No. 12. EFF asks the Court whether this Amended Affidavit alleviates the Court's concerns about service on GEMSA. *Id.* It does not. In his Affidavit of Service (Dkt. No. 8) and Amended Affidavit of Service, process server Keith William Bruce-Gordon declares that on May 2, 2017, he visited United Accountants Group Pty Ltd., where GEMSA's offices are registered. Aff. of Service ¶¶ 3-4; Am. Aff. of Service ¶¶ 3, 5. Mr. Bruce-Gordon met with "Mobin," an accountant with United Accountants. Aff. of Service ¶ 4; Am. Aff. of Service ¶ 6. In both Affidavits, Mr. Bruce-Gordon declares Mobin declined service on behalf of GEMSA. *Id.* (both).

Given that Mobin expressly declined to accept service on GEMSA's behalf, on what basis does EFF believe GEMSA has been properly served? In other words, has EFF effectuated service

in accordance with the Hague Convention if Mobin declined to accept service, but Mr. Bruce-Gordon nevertheless left the documents at GEMSA's registered office?

**IT IS SO ORDERED.**

Dated: September 1, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2