UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>       Plaintiff,<br><br>   v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>       Defendant. | Case No.3:17-cv-02053-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 17, 2018 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due January 8, 2018 by 5:00 P.M.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 22, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR
415-522-2036