Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>Defendant. | Case No. 3:17-CV-02053-JST<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EFF'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE, AND DECLARATION OF ASHLEY I. KISSINGER, ESQ. WITH EXHIBITS A-I**<br><br>[*EFF's Notice of Motion and Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge; Memorandum of Points and Authorities; Administrative Motion to Augment the Record with Declarations of Kurt Opsahl, Esq. and Benjamin Weed, Esq.; and Proposed Order filed concurrently herewith*]<br><br>**Date:  November 16, 2017**<br>**Time:  2:00 p.m.**<br>**Place: Courtroom B, 15th Floor**<br><br>**Complaint Filed: April 12, 2017** |

1

In support of its Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge filed this same day (the "Motion"), Plaintiff Electronic Frontier Foundation ("EFF") hereby respectfully submits this Request for Judicial Notice, and as support therefor, states as follows:

EFF requests pursuant to Federal Rule of Evidence 201 that this Court take judicial notice, in connection with its determination of EFF's Motion, of nine amended complaints filed in cases brought by Global Equity Management (SA) Pty Ltd ("GEMSA"), the defendant in this matter. These nine amended complaints are attached as Exhibits A-I to the Declaration of Ashley I. Kissinger, Esq. that is attached hereto.

It is well established in the Ninth Circuit that courts may take judicial notice of "undisputed matters of public record, . . . including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (citation omitted). Accordingly, EFF respectfully requests that this Court take judicial notice of Exhibits A through I in connection with ruling on EFF's Motion. *See* Fed. R. Evid. 201(c) ("The court must take judicial notice if a party requests it and the court is supplied with the necessary information.").

DATED:  October 4, 2017             Respectfully submitted by:


      *s/ Ashley I. Kissinger*
Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff Electronic Frontier Foundation*

2

**DECLARATION OF ASHLEY I. KISSINGER**

I, Ashley I. Kissinger, declare:

1. I am an attorney at the law firm of Ballard Spahr LLP, attorneys of record for Plaintiff Electronic Frontier Foundation ("EFF") in the above-captioned action against Defendant Global Equity Management (SA) Pty Ltd ("GEMSA"), and I am licensed to practice law in the State of California. I submit this declaration in support of this Request for Judicial Notice, which is in turn submitted in support of EFF's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge. I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. AdRoll, Inc.*, 2:16-cv-00634-RWS-RSP (E.D. Tex. July 28, 2016).

3. Attached hereto as **Exhibit B** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Airbnb, Inc.*, 2:15-cv-01700-RWS-RSP (E.D. Tex. Nov. 2, 2015).

4. Attached hereto as **Exhibit C** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. eBay, Inc.*, 3:17-cv-02178-WHA (E.D. Tex. Mar. 14, 2016).

5. Attached hereto as **Exhibit D** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Hipmunk, Inc.*, 2:16-cv-00104-RWS-RSP (E.D. Tex. Mar. 14, 2016).

6. Attached hereto as **Exhibit E** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Live Nation Entertainment Inc.*, 2:16-cv-00625-RWS-RSP (E.D. Tex. July 28, 2016).

7. Attached hereto as **Exhibit F** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Netflix, Inc.*, 2:16-cv-00633-RWS-RSP (E.D. Tex. July 28, 2016).

8. Attached hereto as **Exhibit G** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Uber Technologies, Inc.*, 2:16-cv-00631-RWS-RSP (E.D. Tex. July 28, 2016).

9. Attached hereto as **Exhibit H** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Ubisoft Studio, Inc.*, 2:16-cv-00626-RWS-RSP (E.D. Tex. July 28, 2016).

10. Attached hereto as **Exhibit I** is a true and correct copy of the First Amended Complaint filed in *GEMSA v. Zynga, Inc.*, 2:16-cv-00629-RWS-RSP (E.D. Tex. July 28, 2016).

I declare under penalty of perjury that the above facts are true and correct.

Dated this 4th day of October, 2017.

By:  *s/ Ashley I. Kissinger*
Ashley I. Kissinger

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2017, I caused the foregoing REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EFF'S MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE, AND DECLARATION OF ASHLEY I. KISSINGER, ESQ. WITH EXHIBITS A-I, AND PROPOSED ORDER to be filed with the Clerk of the Court using the CM/ECF electronic filing system.  I further certify that I caused a true and correct copy to be served via First Class Registered Mail upon the following:

Global Equity Management (SA) Pty Ltd.
c/o United Accountants Group Pty Ltd.
458 Morphett Rd.
Warradale, SA 5046
Australia

                                                  /s/ *Ashley I. Kissinger*
                                                  Ashley I. Kissinger