UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION<br><br>        Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD<br><br>        Defendant. | Case No. 3:17-CV-02053-JST<br><br>**[PROPOSED] ORDER GRANTING EFF'S REQUEST FOR JUDICIAL NOTICE** |

      **AND NOW**, this _____ day of _____, 2017, upon consideration of Plaintiff Electronic Frontier Foundation's Request for Judicial Notice:

      (1)    Plaintiff's Request for Judicial Notice is **GRANTED**; and

      (2)    Pursuant to Federal Rule of Evidence 201, the Court will take judicial notice of the nine documents attached as Exhibits A-I to the Declaration of Ashley I. Kissinger, Esq.

_____
Hon. Jon S. Tigar
United States District Judge