# Exhibit H

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GLOBAL EQUITY MANAGEMENT | ) | |
| (SA) PTY. LTD., | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:16-cv-00626 |
| v. | ) | |
| | ) | |
| UBISOFT STUDIO, INC. | ) | JURY TRIAL DEMANDED |
| (d/b/a UBISOFT) | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Global Equity Management (SA) Pt. Ltd. ("GEMSA") files this First Amended Complaint

and demand for jury trial seeking relief from patent infringement by Ubisoft Studio, Inc. (a/k/a

Ubisoft Studio San Francisco) (d/b/a Ubisoft) (referred to as "UBISOFT"), Amazon Web Services,

Inc. and VADATA, Inc. (collectively "Amazon") (Ubisoft and Amazon collectively referred to as

"Defendants"), alleging as follows:

**THE PARTIES**

1.      Plaintiff GEMSA is a foreign corporation organized under the laws of Australia, with its

principal place of business located 458 Morphett Road, Warradale, South Australia 5046.

2.      Defendants are as follows:

        a.      UBISOFT is a corporation, with its principal place of business located at 625 Third

Street, San Francisco, California 94107 and may be served with process through the Texas

Secretary of State's Office.

        b.      Amazon Web Services, Inc. is a corporation organized under the laws of the state

of Delaware, with a principal place of business at 410 Terry Avenue North, Seattle, WA 98109-

1

5210, and may be served with process at Corporation Service Company, 2711 Centerville Rd Suite 400, Wilmington, DE 19808.

      c.     VADATA, Inc. (collectively Amazon Web Services, Inc. and VADATA, Inc. are referred to as "Amazon") is a corporation organized under the laws of the state of Delaware, with a principal place of business at 410 Terry Avenue North, Seattle, WA 98109-5210, and may be served with process at Corporation Service Company, 2711 Centerville Rd Suite 400, Wilmington, DE 19808.

**JURISDICTION AND VENUE**

3.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 et. seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendants because: Defendants are present within or have minimum contacts within the State of Texas and this judicial district; Defendants have purposefully availed themselves of the privileges of conducting business in the State of Texas and in this judicial district; Defendants each regularly conduct business within the State of Texas and within this judicial district; and Plaintiff's cause of action arises directly from each Defendants' business contacts and other activities in the State of Texas and in this judicial district.

5.     Upon information and belief, Defendants conduct substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in Texas.

**Summary of Case for Infringement**

6.      UBISOFT, through ubisoft.com or one of its websites linked directly or indirectly thereto, accesses websites, data, data centers and the like owned or controlled by Amazon, through Amazon Web Services ("AWS") as illustrated at https://aws.amazon.com/solutions/case-studies/ubisoft/. The use of ubisoft.com, or one of its websites linked directly or indirectly thereto, and AWS infringes one or more claims of United States Patent No. 6,690,400 ("the '400 patent") and United States Patent No. 7,356,677 ("the '677 patent") (collectively the "Patents-in-Suit").

**Background of the Invention**

7.      Flash Vos, Inc. (FVOS), a predecessor of GEMSA, was established in 1997 in Houston, Texas, to develop platform independent information processing in complex environments with multiple systems and multiple operating environments.  FVOS product development created and produced the first Virtual System OS (VOS) and the first Super Operating System (SOS) that were well ahead of times.  The SOS for the first time allowed multiple operating environment to co-exist on the same platform with their own independent filesystems and was operating system independent.

8.      Flash Vos, Inc. moved the computer industry a quantum leap forwarded in the late 90's when it invented Systems Virtualization and was awarded the patents US6690400 ('400), US7356677 ('677) and US6401183 ('183).



9.      Technology Experts recognized the Virtualization innovations as key technology inventions.  Before the SOS, computers were only able to use a single operating system and virtualization of computers based on storage was not possible.  The technology has been cited numerous times by the patent office as relevant prior art for other later patent applications.

| | | | | |
|---|---|---|---|---|
| US7996687 | 31 Oct 2008 | 9 Aug 2011 | International Business Machines Corporation | Product for providing a scalable trusted platform module in a hypervisor environment |
| US8010513 | 28 May 2010 | 30 Aug 2011 | Brocade Communications Systems, Inc. | Use of server instances and processing elements to define a server |
| US8091042 * | 15 Nov 2001 | 3 Jan 2012 | Siebel Systems, Inc. | Apparatus and method for displaying selectable icons in a toolbar for a user interface |
| US8150972 | 10 Feb 2011 | 3 Apr 2012 | Adaptive Computing Enterprises, Inc. | System and method of providing reservation masks within a compute environment |
| US8176094 | 1 Jun 2009 | 8 May 2012 | Novell, Inc. | System and method for efficiently building virtual appliances in a hosted environment |
| US8209288 | 1 Jun 2009 | 26 Jun 2012 | Novell, Inc. | System and method for inspecting a virtual appliance runtime environment |
| US8209495 | 28 Mar 2011 | 26 Jun 2012 | Hitachi, Ltd. | Storage management method and storage management system |
| US8214842 * | 27 Feb 2009 | 3 Jul 2012 | International Business Machines Corporation | Visualization-centric performance-based volume allocation |
| US8321871 | 17 Jun 2005 | 27 Nov 2012 | Adaptive Computing Enterprises, Inc. | System and method of using transaction IDS for managing reservations of compute resources within a compute environment |
| US8386721 | 21 Nov 2008 | 26 Feb 2013 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US8412909 * | 7 Apr 2010 | 2 Apr 2013 | Samsung Electronics Co., Ltd. | Defining and changing spare space and user space in a storage apparatus |
| US8413155 | 11 Mar 2005 | 2 Apr 2013 | Adaptive Computing Enterprises, Inc. | System and method for a self-optimizing reservation in time of compute resources |
| US8418186 | 27 Jun 2011 | 9 Apr 2013 | Adaptive Computing Enterprises, Inc. | System and method of co-allocating a reservation spanning different compute resources types |
| US8423884 | 8 Dec 2011 | 16 Apr 2013 | Institute For Information Industry | System, method and computer readable storage medium for storing the method for operating graphic user interface |
| US8499276 * | 28 Dec 2006 | 30 Jul 2013 | Ca, Inc. | Multi-platform graphical user interface |
| US8516217 * | 27 Mar 2009 | 20 Aug 2013 | International Business Machines Corporation | Managing a logically partitioned computing system through a virtual file system |
| US8543998 | 11 Feb 2009 | 24 Sep 2013 | Oracle International Corporation | System and method for building virtual appliances using a repository metadata server and a dependency resolution service |
| US8544016 | 1 Jun 2009 | 24 Sep 2013 | Oracle International Corporation | Rebuilding a first and second image based on software components having earlier versions for one or more appliances and performing a first and second integration test for each respective image in a runtime environment |
| | | | Adaptive | |

**REFERENCED BY**

| Citing Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| US6971002 * | 9 Aug 2001 | 29 Nov 2005 | International Business Machines Corporation | Method, system, and product for booting a partition using one of multiple, different firmware images without rebooting other partitions |
| US7062629 * | 15 Feb 2005 | 13 Jun 2006 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US7065627 * | 25 Mar 2002 | 20 Jun 2006 | International Business Machines Corporation | Method and system for providing an event driven image for a boot record |
| US7069408 * | 9 Dec 2003 | 27 Jun 2006 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US7103847 * | 18 Jul 2002 | 5 Sep 2006 | International Business Machines Corporation | Method and system for monitoring the use of a resource in a processing system |
| US7127585 | 23 Jun 2004 | 24 Oct 2006 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US7146569 * | 10 Oct 2002 | 5 Dec 2006 | International Business Machines Corporation | Method, apparatus, and program for visual representation of an address space |
| US7181577 | 19 Feb 2004 | 20 Feb 2007 | Hitachi, Ltd. | Storage having logical partitioning capability and systems which include the storage |
| US7185142 | 20 May 2004 | 27 Feb 2007 | Hitachi, Ltd. | Storage management method and storage management system |
| US7287129 | 17 May 2006 | 23 Oct 2007 | Hitachi, Ltd. | Storage management method and storage management system |
| US7317175 | 24 Jun 2004 | 8 Jan 2008 | Jere F. Irwin | User interface for configuring and controlling an array of heater elements |
| US7346585 * | 28 Feb 2003 | 18 Mar 2008 | Microsoft Corporation | Computer software and services license processing method and system |
| US7356770 * | 8 Nov 2005 | 8 Apr 2008 | Cluster Resources, Inc. | System and method of graphically managing and monitoring a compute environment |
| US7363455 | 15 Feb 2005 | 22 Apr 2008 | Hitachi, Ltd. | Apparatus and method for partitioning and managing subsystem logics |
| US7415578 | 20 Mar 2007 | 19 Aug 2008 | Hitachi, Ltd. | Storage management method and storage management system |
| US7478246 * | 29 Jul 2004 | 13 Jan 2009 | International Business Machines Corporation | Method for providing a scalable trusted platform module in a hypervisor environment |
| US7546426 | 21 Dec 2006 | 9 Jun 2009 | Hitachi, Ltd. | Storage having a logical partitioning capability and systems which include the storage |
| US7590648 * | 27 May 2005 | 15 Sep 2009 | Brocade Communications Systems, Inc. | Template-based development of servers |
| US7624283 | 13 Feb 2006 | 24 Nov 2009 | International Business Machines Corporation | Protocol for trusted platform module recovery through context checkpointing |
| US7917704 | 25 Jul 2008 | 29 Mar 2011 | Hitachi, Ltd. | Storage management method and storage management system |

10.    Additionally, GEMSA has continued supporting these technologies advances and has helped the achievement of additional patents awarded in China which include:

CN201010149051 **Firmware-based flash memory array management device and method independent of operating system**
CN200810204083 **Operating system switching method based on expandable firmware interface**
CN200810200121 **Virtual platform system based on firmware**
CN200710132636 **Perspective communication method between super operating system and its intermedium**
CN200910197256 **Cross-platform and cross-processor method based on extensible firmware interface and device**

6

11.     These GEMSA creative achievements not only revolutionized the development of virtualization technology for support of multiple operating systems but also helped the development of internet advertising and information accessing from multiple data sources.

12.     One of the key features of these innovations is the method of accessing additional relevant information from the GUI by simply clicking on the information links positioned on the right hand side of the GUI.



**Fig.1 of GEMSA '400 GUI Patent**

13.     These GUI innovations include Menu Bars and Links are marked (65, 89, etc.) and shown in the Fig.1 of the '400 patent and one embodiment of this invention is further illustrated as figure 8 in '677 patent.

7



**Figure 8 of GEMSA US 7356677 B1 Patent**

14.     Figure below is another instance of GEMSA GUI from copyrighted SOS User's Guide.



**COUNT 1: INFRINGEMENT OF THE '400 PATENT**

15.     Plaintiff re-alleges paragraphs 1-14 in its entirety.

16.     On February 10, 2004, United States Patent No. 6,690,400 ("the '400 patent") entitled

"Graphic User Interface for Resources Management of Super Operating System Based Computers"

was duly and legally issued by the United States Patent and Trademark Office. GEMSA owns the

'400 patent by assignment. (the '400 patent is attached as Ex. A)

8

17.     UBISOFT uses a website with a graphical user interface ("GUI") for the administration

and management of www.Ubisoft.com or one of its websites linked directly or indirectly thereto

through aws.amazon.com, or one of its websites linked directly or indirectly thereto owned by

Amazon, that infringes one or more claims of the '400 patent, including at least claims 1, 2, 16,

and 28.

18.     In doing so Defendants infringe at least claim 1 of the '400 patent, literally or under the

doctrine of equivalents. Ubisoft directly infringes by using the GUI for the administration and

management of Ubisoft.com or one of its websites linked directly or indirectly thereto through

aws.amazon.com, or one of its websites linked directly or indirectly thereto.  Amazon directly

infringes by using a GUI for the administration and management of aws.amazon.com or one of its

websites linked directly or indirectly thereto. Defendants induce infringement by consumers and

advertisers by encouraging them to use their respective GUI(s). Defendants contributorily infringe

by providing the GUI(s) to consumers and advertisers.

19.     On information and belief, Defendants will continue to infringe at least claim 1 of the '400

patent unless and until it is enjoined by this Court.

20.     Defendants have caused and will continue to cause GEMSA irreparable injury and damage

by infringing at least claims 1, 2, 16, and 28 of the '400 patent. GEMSA will suffer further

irreparable injury, for which it has no adequate remedy at law, unless and until Defendants are

enjoined from infringing at least claims 1, 2, 16, and 28 of the '400 patent.

21.     On information and belief, such infringement is willful, intentional and in reckless

disregard of GEMSA's rights, entitling GEMSA to treble damages.

## COUNT 2: INFRINGEMENT OF THE '677 PATENT

22.     Plaintiff re-alleges paragraphs 1-21 in its entirety.

9

23.     On April 8, 2008, United States Patent No. 7,356,677 ("the '677 patent") entitled "Computer System Capable of Fast Switching Between Multiple Operating Systems and Applications" was duly and legally issued by the United States Patent and Trademark Office. GEMSA owns the '677 patent by assignment.  (the '677 patent is attached as Ex. B)

24.     UBISOFT uses a website with a graphical user interface ("GUI") for the administration and management of www.Ubisoft.com or one of its websites linked directly or indirectly thereto through aws.amazon.com, or one of its websites linked directly or indirectly thereto owned by Amazon that infringes at least claims 1, 3 and 6 of the '677 patent.

25.     In doing so Defendants infringe at least claims 1, 3 and 6 of the '677 patent, literally or under the doctrine of equivalents. Ubisoft directly infringes by using the GUI for the administration and management of Ubisoft.com or one of its websites linked directly or indirectly thereto. Amazon directly infringes by using the GUI for the administration and management of aws.amazon.com or one of its websites linked directly or indirectly thereto. Defendants induce infringement by consumers and advertisers by encouraging them to use their respective GUI(s). Defendants contributorily infringe by providing the GUI(s) to consumers and advertisers.

26.     On information and belief, Defendants will continue to infringe at least claims 1, 3 and 6 of the '677 patent unless and until it is enjoined by this Court.

27.     Defendants have caused and will continue to cause GEMSA irreparable injury and damage by infringing at least claims 1, 3 and 6 of the '677 patent. GEMSA will suffer further irreparable injury, for which it has no adequate remedy at law, unless and until Defendants are enjoined from infringing at least claims 1, 3 and 6 of the '677 patent.

28.     On information and belief, such infringement is willful, intentional and in reckless disregard of GEMSA's rights entitling GEMSA to treble damages.

## PRAYER FOR RELIEF

WHEREFORE, GEMSA respectfully requests that this Court:

1. Enter judgment that Defendants have willfully infringed the '400 patent;

2. Enter an order permanently enjoining Defendants and their officers, agents, employees, Attorneys, and all persons in active conceit or participation with any of them, from infringing the '400 patent;

3. Award GEMSA damages in an amount sufficient to compensate it for Defendants' infringement of the '400 patent, together with prejudgment and post-judgment interest and costs under 35 U.S.C. § 284;

4.  Enter judgment that Defendants have willfully infringed the '677 patent;

5. Enter an order permanently enjoining Defendants and their officers, agents, employees, Attorneys, and all persons in active conceit or participation with any of them, from infringing the '677 patent;

6. Award GEMSA damages in an amount sufficient to compensate it for Defendants' infringement of the '677 patent, together with prejudgment and post-judgment interest and costs under 35 U.S.C. § 284;

7. Award GEMSA an accounting for acts of infringement not presented at trial and an award by the Court of additional damage for any such acts of infringement;

8. Declare this case to be "exceptional" under 35 U.S.C. § 285 and award GEMSA its attorneys' fees, expenses, and costs incurred in this action; and,

9. Award GEMSA such other and further relief as this Court deems just and proper.

## JURY DEMAND

GEMSA hereby requests a trial by jury on issues so triable by right.

Respectfully submitted,

**Ramey & Schwaller, LLP**


By: /s/ William P. Ramey, III
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 750
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

**Laminack, Pirtle & Martines, LLP**

Buffy Martines
Texas Bar No. 24030311
5020 Montrose Blvd., 9th Floor
Houston, Texas 77006
(713) 292-2750
(713) 292-2755 (fax)
buffym@lpm-triallaw.com

**Attorneys for GEMSA**


**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify

that all counsel of record who have appeared in this case are being served today, July 28, 2016,

with a copy of the foregoing via the Court's CM/ECF system. For any party who has not entered

an appearance a copy will be served when such appearance is made.


/s/ William P. Ramey, III
William P. Ramey, III