Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EQUITY MANAGEMENT (SA) PTY LTD, <br><br> Defendant. | Case No. 3:17-CV-02053-JST <br><br> **ELECTRONIC FRONTIER FOUNDATION'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD** (Civil Local Rules 72-3(b) and 7-11, and 28 U.S.C. § 636) <br><br> [*EFF's Notice of Motion and Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge; Memorandum of Points and Authorities; Request for Judicial Notice; and Proposed Order filed concurrently herewith*] <br><br> **Date: November 16, 2017** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom B, 15th Floor** <br><br> **Complaint Filed: April 12, 2017** |

On September 20, 2017, Magistrate Judge Maria-Elena James, to whom this matter was initially assigned, issued a Report & Recommendation ("R&R"), Dkt. No. 23, recommending that this Court deny the Motion for Default Judgment filed by Plaintiff Electronic Frontier Foundation ("EFF"), Dkt. No. 14.  Contemporaneously with filing its objections to that R&R – *i.e.*, its Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge – EFF hereby files this Administrative Motion to Augment the Record pursuant to Civil Local Rules 7-11 and 72-3(b).

By this Administrative Motion, EFF asks the Court to consider, as part of the record in this matter, the Declarations of Kurt Opsahl, Esq. and Benjamin Weed, Esq., which are attached hereto as Exhibits A and B respectively.  Mr. Opsahl's declaration provides the Court with facts that help to quantify the harm that EFF, and those who read and care about its commentary on matters of public concern, will continue to suffer as a result of GEMSA's conduct, and to further demonstrate that those effects are occurring and will occur primarily in California.  Mr. Weed's declaration provides the Court with information about additional contacts that GEMSA has made with California that relate to the subject matter of this litigation.  These contacts, combined with the contacts already before the Court, serve to further demonstrate the propriety of this Court's exercise of personal jurisdiction over GEMSA in this case.  Accordingly, EFF requests that the Court receive these declarations in evidence.  *See* 28 U.S.C. § 686(b)(1) (district court "may . . . receive further evidence" in reviewing a party's objections to a magistrate judge's findings and recommendations); Civil L.R. 72-3(b) (authorizing motion to augment record to accompany motion for de novo determination of dispositive matter referred to magistrate judge).  A declaration in support of this motion, together with a proposed order, follows.

| | | |
|---|---|---|
| 1 | DATED: October 4, 2017 | Respectfully submitted by: |
| 2 | | *s/ Ashley I. Kissinger* |
| 3 | | Ashley I. Kissinger (No. 193693)<br>email: kissingera@ballardspahr.com |
| 4 | | Matthew E. Kelley (admitted *pro hac vice*)<br>Email: kelleym@ballardspahr.com |
| 5 | | BALLARD SPAHR LLP<br>1225 17th Street, Suite 2300 |
| 6 | | Denver, CO 80202-5596<br>Phone: (303) 292-2400 |
| 7 | | Fax: (303) 296-3956 |
| 8 | | Duffy Carolan (No. 154988)<br>email: dcarolan@jassyvick.com |
| 9 | | Kevin Vick (No. 220738)<br>email: kvick@jassyvick.com |
| 10 | | JASSY VICK CAROLAN<br>601 Montgomery Street, Suite 850 |
| 11 | | San Francisco, CA  94111<br>Phone: (415) 539-3399 |
| 12 | | Fax: (415) 539-3394 |
| 13 | | *Attorneys for Plaintiff*<br>*Electronic Frontier Foundation* |

EFF'S ADMINISTRATIVE MOTION TO AUGMENT THE RECORD
Case No. 3:17-CV-02053-JST

## DECLARATION OF ASHLEY I. KISSINGER

I, Ashley I. Kissinger, declare:

1. I am an attorney at the law firm of Ballard Spahr LLP, attorneys of record for Plaintiff Electronic Frontier Foundation ("EFF"), and I am licensed to practice law in the State of California. I have personal knowledge of the facts stated herein.

2. The Declaration of Kurt Opsahl, Esq., filed in support of EFF's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, is attached hereto as **Exhibit A**.

3. The Declaration of Benjamin Weed, Esq., filed in support of EFF's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge, is attached hereto as **Exhibit B**.

4. Because GEMSA has failed to respond to the Complaint or otherwise appear in this action, I have not conferred with GEMSA (or any counsel therefor) concerning the relief sought by this motion.

I declare under penalty of perjury that the above facts are true and correct.

Executed this 4th day of October, 2017.

By:    */s/Ashley I. Kissinger*
       Ashley I. Kissinger

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2017, I caused the foregoing ADMINISTRATIVE MOTION TO AUGMENT THE RECORD and accompanying papers to be filed with the Clerk of the Court using the CM/ECF electronic filing system. I further certify that I caused a true and correct copy to be served via First Class Registered Mail upon the following:

Global Equity Management (SA) Pty Ltd
458 Morphett Road
Warradale, South Australia 5046
Australia

                                         */s/Ashley I. Kissinger*
                                         Ashley I. Kissinger