UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION | ) | |
| Plaintiff, | ) | Case No. 3:17-CV-02053-JST |
| v. | ) | **[PROPOSED] ORDER GRANTING EFF's ADMINISTRATIVE MOTION TO AUGMENT THE RECORD** |
| GLOBAL EQUITY MANAGEMENT (SA) PTY LTD | ) | |
| Defendant. | ) | |

**AND NOW**, this _____ day of _____, 2017, upon consideration of Plaintiff Electronic Frontier Foundation's Administrative Motion to Augment the Record ("Administrative Motion"):

(1) Plaintiff's motion is **GRANTED**; and

(2) The Court will consider as part of the record in this matter the Declarations of Kurt Opsahl, Esq. and Benjamin Weed, Esq., which are attached as Exhibits A and B to the Administrative Motion and are submitted in support of EFF's Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.

_____
Hon. Jon S. Tigar
United States District Judge