# Exhibit A

Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff
Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY) LTD,<br><br>Defendant. | Case No. 3:17-CV-02053-JST<br><br>**DECLARATION OF KURT OPSAHL, ESQ. SUBMITTED IN SUPPORT OF ELECTRONIC FRONTIER FOUNDATION'S MOTION FOR DE NOVO REVIEW OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE (Civil Local Rule 72-3)**<br><br>[*EFF's Notice of Motion and Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge; Memorandum of Points and Authorities; Request for Judicial Notice with Exhibits A-I; Administrative Motion to Augment the Record with Declarations of Kurt Opsahl, Esq. and Benjamin Weed, Esq., and Proposed Order filed concurrently herewith*]<br><br>**Date: November 16, 2017**<br>**Time:  2:00 p.m.**<br>**Place: Courtroom B, 15th Floor**<br><br>**Complaint Filed: April 12, 2017** |

DECLARATION OF KURT OPSAHL
Case No. 3:17-CV-02053-JST

Pursuant to 28 U.S.C. § 1746, Kurt Opsahl hereby declares as follows:

1. The facts in this Declaration are based upon my personal knowledge.

2. I am Deputy Executive Director and General Counsel of Plaintiff Electronic Frontier Foundation ("EFF").

3. EFF's principal offices are located at 815 Eddy Street in San Francisco, California. EFF owns the office building. EFF does not own real property outside California.

4. EFF conducts its banking with First Republic Bank in California.

5. EFF operates many websites, including its main website, [www.eff.org](www.eff.org), on servers in California.

6. Nearly 8,500 of EFF's active members – *i.e.*, individuals who have donated to EFF within the past year – list their address as being in California. This is almost 22% of EFF's entire membership.

7. EFF publishes an email newsletter, the *EFFector*, on a near-weekly basis. Over 48,000 of the subscribers to this newsletter list their address as being in California. EFF republished a summary of the "stupid patent" Article that is at the heart of this dispute, complete with a link to the full article, in the *EFFector* on July 21, 2016. *See* https://www.eff.org/effector/29/15.

8. EFF does not have location information for all of its active members and newsletter subscribers, as the organization allows members to donate and to subscribe with relative anonymity. For this reason, the numbers given in paragraphs 6 and 7 above may be higher in reality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2017        */s/ Kurt Opsahl*
                                    Kurt Opsahl

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Executed on October 4, 2017        */s/ Ashley I. Kissinger*
                                    Ashley I. Kissinger