# Exhibit B

Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY) LTD,<br><br>　　　　　Defendant. | Case No. 3:17-CV-02053-JST<br><br>**DECLARATION OF BENJAMIN WEED, ESQ. SUBMITTED IN SUPPORT OF ELECTRONIC FRONTIER FOUNDATION'S MOTION FOR DE NOVO REVIEW OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br>**(Civil Local Rule 72-3)**<br><br>**Date:** November 16, 2017<br>**Time:** 2:00 p.m.<br>**Complaint Filed:** April 12, 2017 |

Pursuant to 28 U.S.C. § 1746, Benjamin Weed hereby declares as follows:

　　　1.　　The facts in this Declaration are based upon my personal knowledge.

　　　2.　　I am a Partner in the law firm of K&L Gates LLP.

　　　3.　　I represent defendant eBay, Inc. ("eBay") in *Global Equity Management (SA) Pty. Ltd. v. eBay, Inc.*, 3:17-cv-02178-WHA (N.D. Cal.), which is currently pending before the

1  Honorable William Alsup.  eBay is a corporation organized and existing under the laws of
2  Delaware, with a principal place of business at 2145 Hamilton Ave., San Jose, CA 95125.
3       4.      K&L Gates LLP has also previously represented Hipmunk, Inc. in connection
4  with *Global Equity Management (SA) Pty. Ltd. v. Hipmunk, Inc.*, 2:16-cv-00104-RWS-RSP
5  (E.D. Tex.), which was previously pending in the United States District Court for the Eastern
6  District of Texas.  Hipmunk, Inc. is a corporation organized and existing under the laws of
7  Delaware, with a principal place of business at 434 Brannan St., First Floor, San Francisco, CA.
8  Hipmunk, Inc.'s registered agent for service as of the time of service of the GEMSA complaint
9  was Adam Goldstein at 434 Brannan St., First Floor, San Francisco,
10      5.      K&L Gates LLP assisted Hipmunk, Inc. in resolving its disputes with Global
11 Equity Management (SA) Pty. Ltd. ("GEMSA"), and the case between GEMSA and Hipmunk,
12 Inc. was dismissed with prejudice on August 10, 2016.
13      6.      On January 25, 2017, GEMSA engaged in a mediation session with eBay that
14 took place in the San Francisco office of K&L Gates LLP at 4 Embarcadero Center, San
15 Francisco, California, 94111.  During the mediation session with eBay, Schumann Rafizadeh
16 ("Mr. Rafizadeh"), the principal at GEMSA, was present in the San Francisco offices of K&L
17 Gates LLP.
18      7.      Between January 23, 2017 and January 25, 2017, GEMSA conducted mediation
19 sessions in San Francisco, California with other defendants it had accused of infringing.  Some
20 of these additional mediation sessions also occurred at K&L Gates LLP's San Francisco office.
21 For those sessions that occurred in K&L Gates LLP's San Francisco offices, Mr. Rafizadeh was
22 present on behalf of GEMSA.
23      8.      I also have personal knowledge that Mr. Rafizadeh sat for a deposition in the San
24 Francisco offices of K&L Gates LLP on January 26, 2017, and January 27, 2017.  Mr. Rafizadeh
25 sat for this deposition as a corporate representative of GEMSA pursuant to Rule 30(b)(6) of the
26 Federal Rules of Civil Procedure.
27      9.      On March 24, 2017, Magistrate Judge Roy S. Payne entered a Memorandum
28 Opinion and Order transferring the GEMSA case against eBay, as well as other cases against

other non-eBay defendants under 28 U.S.C. § 1404(a) or § 1406(a). Judge Payne's findings were based, in part, on the conclusion that "Alibaba.com, Inc. and eBay have principal places of business in San Mateo, California, and San Jose, California, respectively, and thus both of these defendants could have been sued in the Northern District of California."

10. In connection with the transferred cases, GEMSA retained local counsel in Northern California. I was present on behalf of eBay at an August 24, 2017 hearing in the Phillip Burton Federal Building & United States Courthouse in San Francisco, California before Judge Alsup at which GEMSA's Texas and Northern California counsel appeared to present a motion to withdraw as counsel of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2017

Benjamin Weed

DECLARATION OF BENJAMIN WEED
Case No. 3:17-CV-02053-JST