Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>　　　　　Defendant. | Case No. 3:17-CV-02053-JST<br><br>**ELECTRONIC FRONTIER FOUNDATION'S NOTICE OF ERRATA REGARDING MOTION FOR DE NOVO DETERMINATION, REQUEST FOR JUDICIAL NOTICE, AND ADMINISTRATIVE MOTION TO AUGMENT THE RECORD**<br><br>**Date: November 16, 2017**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 9, 19th Floor**<br><br>**Complaint Filed: April 12, 2017** |

**PLEASE TAKE NOTICE** that Plaintiff Electronic Frontier Foundation ("EFF") hereby submits this Notice of Errata regarding its Motion for De Novo Determination, Doc. No. 27, Request for Judicial Notice, Doc. No. 28, and Administrative Motion to Augment the Record, Doc. No. 29, and Exhibits A and B thereto, Doc. Nos. 29-2 and 29-3, all filed with this Court on October 4, 2017.

The caption of each of the above documents erroneously listed the hearing location as "Courtroom B, 15th Floor." Notice is hereby given that the correct hearing location is **Courtroom 9, 19th Floor**, as correctly referenced in the caption of this errata.

DATED:  October 5, 2017                Respectfully submitted by:


                                       _____*s/ Ashley I. Kissinger*_____
                                       Ashley I. Kissinger (No. 193693)
                                       email: kissingera@ballardspahr.com
                                       Matthew E. Kelley (admitted *pro hac vice*)
                                       Email: kelleym@ballardspahr.com
                                       BALLARD SPAHR LLP
                                       1225 17th Street, Suite 2300
                                       Denver, CO 80202-5596
                                       Phone: (303) 292-2400
                                       Fax: (303) 296-3956

                                       Duffy Carolan (No. 154988)
                                       email: dcarolan@jassyvick.com
                                       Kevin Vick (No. 220738)
                                       email: kvick@jassyvick.com
                                       JASSY VICK CAROLAN
                                       601 Montgomery Street, Suite 850
                                       San Francisco, CA  94111
                                       Phone: (415) 539-3399
                                       Fax: (415) 539-3394

                                       *Attorneys for Plaintiff*
                                       *Electronic Frontier Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2017, I caused the foregoing ELECTRONIC FRONTIER FOUNDATION'S NOTICE OF ERRATA REGARDING MOTION FOR DE NOVO DETERMINATION, REQUEST FOR JUDICIAL NOTICE, AND ADMINISTRATIVE MOTION TO AUGMENT THE RECORD to be filed with the Clerk of the Court using the CM/ECF electronic filing system. I further certify that I caused a true and correct copy to be served via First Class Registered Mail upon the following:

> Global Equity Management (SA) Pty Ltd.
> c/o United Accountants Group Pty Ltd
> 458 Morphett Rd.
> Warradale, SA 5046
> Australia

/s/ *Ashley I. Kissinger*
Ashley I. Kissinger