Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>　　　　　　Defendant. | Case No. 3:17-CV-02053-JST<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Date: November 16, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br><br>Complaint Filed: April 12, 2017 |

I hereby certify that:

1) On October 4, 2017, I caused to be served upon GEMSA, via USPS Priority Mail Express, a true and correct copy of EFF's Notice of Motion and Motion for De Novo Determination and all supporting documents (Doc. Nos. 27 & 27-1), EFF's Request for Judicial Notice and all supporting documents (Doc. Nos. 28, 28-1 through 28-10), and EFF's Administrative Motion to Augment the Record and all supporting documents (Doc. Nos. 29, 29-1 through 29-3).  The documents are expected to be delivered no later than October 13, 2017.

2) On October 5, 2017, I caused to be served upon GEMSA, via First Class Registered Mail, a true and correct copy of EFF's Notice of Motion and Motion for De Novo Determination and all supporting documents (Doc. Nos. 27 & 27-1), EFF's Request for Judicial Notice and all supporting documents (Doc. Nos. 28, 28-1 through 28-10), and EFF's Administrative Motion to Augment the Record and all supporting documents (Doc. Nos. 29, 29-1 through 29-3).  The documents are expected to be delivered no later than October 26, 2017.

All documents were served upon GEMSA at the following address:

Global Equity Management (SA) Pty Ltd.
c/o United Accountants Group Pty Ltd.
458 Morphett Rd.
Warradale, SA 5046
　　　　Australia

| | |
|---|---|
| DATED:  October 5, 2017 | Respectfully submitted by: |
| | *s/ Ashley I. Kissinger* |
| | Ashley I. Kissinger (No. 193693) |
| | email: kissingera@ballardspahr.com |
| | Matthew E. Kelley (admitted *pro hac vice*) |
| | Email: kelleym@ballardspahr.com |
| | BALLARD SPAHR LLP |
| | 1225 17th Street, Suite 2300 |
| | Denver, CO 80202-5596 |
| | Phone: (303) 292-2400 |
| | Fax: (303) 296-3956 |
| | |
| | Duffy Carolan (No. 154988) |
| | email: dcarolan@jassyvick.com |
| | Kevin Vick (No. 220738) |
| | email: kvick@jassyvick.com |
| | JASSY VICK CAROLAN |
| | 601 Montgomery Street, Suite 850 |
| | San Francisco, CA  94111 |
| | Phone: (415) 539-3399 |
| | Fax: (415) 539-3394 |
| | |
| | *Attorneys for Plaintiff* |
| | *Electronic Frontier Foundation* |