Ashley I. Kissinger (No. 193693)
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Tel.: (303) 376-2407
Fax:  (303) 296-3956
kissingera@ballardspahr.com

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLOBAL EQUITY MANAGEMENT (SA) PTY ) <br> LTD, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. 3:17-CV-02053-JST <br><br> **NOTICE OF CHANGE OF ADDRESS** |

Please take notice of the following change of address information for the

undersigned:

Old Address:                          New Address as of October 1, 2017:

Ashley I. Kissinger (No. 193693)      Ashley I. Kissinger (No. 193693)
Levine Sullivan Koch & Schulz, LLP    BALLARD SPAHR LLP
1888 Sherman Street, Suite 370        1225 17th Street, Suite 2300
Denver, CO 80203                      Denver, CO 80202-5596
Tel.: (303) 376-2407                  Tel.: (303) 376-2407
Fax:  (303) 376-2401                  Fax:  (303) 296-3956
Email: akissinger@lskslaw.com         kissingera@ballardspahr.com

I will continue to be co-counsel of record for Plaintiff Electronic Frontier Foundation in the

above-titled case at my new address.

DATED:  October 10, 2017                 Respectfully submitted by:


                                          /s/ Ashley I. Kissinger
                                          Ashley I. Kissinger (No. 193693)
                                          BALLARD SPAHR LLP
                                          1225 17th Street, Suite 2300
                                          Denver, CO 80202-5596
                                          Tel.: (303) 376-2407
                                          Fax:  (303) 296-3956
                                          kissingera@ballardspahr.com

                                          *Attorneys for Plaintiff Electronic Frontier Foundation*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2017, I filed the foregoing Notice of

Change of Address with the clerk of the Court using the CM/ECF electronic filing system.  I further

certify that on October 10, 2017, I caused to be served upon GEMSA, via First Class Registered

mail, a true and correct copy of the same at the following address:

Global Equity Management (SA) Pty Ltd.
c/o United Accountants Group Pty Ltd.
458 Morphett Rd.
Warradale, SA 5046
Australia

*/s/ Ashley I. Kissinger*
Ashley I. Kissinger