Matthew E. Kelley (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Tel.: (202) 508-1112
Fax:  (202) 661-2299
Washington, DC 20006-1157
kelleym@ballardspahr.com

*Attorneys for Plaintiff
Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, Plaintiff, v. GLOBAL EQUITY MANAGEMENT (SA) PTY LTD, Defendant. | Case No. 3:17-CV-02053-JST **NOTICE OF CHANGE OF ADDRESS** |

Please take notice of the following change of address information for the undersigned:

Old Address:

Matthew E. Kelley (*pro hac vice*)
Levine Sullivan Koch & Schulz, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036
Tel.: (202) 508-1112
Fax:  (202) 861-9888
Email: mekelley@lskslaw.com

New Address as of October 1, 2017:

Matthew E. Kelley (*pro hac vice*)
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006-1157
Tel.: (202) 508-1112
Fax:  (202) 661-2299
Email: kelleym@ballardspahr.com

1

I will continue to be co-counsel of record for Plaintiff Electronic Frontier Foundation in the above-titled case at my new address.

DATED:  October 10, 2017		Respectfully submitted by:

		*/s/ Matthew E. Kelley*
		Matthew E. Kelley (*pro hac vice*)
		BALLARD SPAHR LLP
		1909 K Street, NW
		12th Floor
		Tel.: (202) 508-1112
		Fax:  (202) 661-2299
		Washington, DC 20006-1157
		kelleym@ballardspahr.com

		*Attorneys for Plaintiff Electronic Frontier Foundation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2017, I filed the foregoing Notice of Change of Address with the clerk of the Court using the CM/ECF electronic filing system. I further certify that on October 10, 2017, I caused to be served upon GEMSA, via First Class Registered mail, a true and correct copy of the same at the following address:

Global Equity Management (SA) Pty Ltd.
c/o United Accountants Group Pty Ltd.
458 Morphett Rd.
Warradale, SA 5046
Australia

                                         */s/ Matthew E. Kelley*
                                         Matthew E. Kelley