UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>        Defendant. | Case No. 17-cv-02053-JST<br><br>**ORDER TO FILE ENTRY OF DEFAULT**<br><br>Re: ECF No. 27 |

Pending before the Court is Plaintiff's motion for default judgment. ECF No. 27. "The entry of default judgment is a two-part process; default judgment [,if it is to be entered,] may be entered only upon the entry of default by the Clerk of the Court." Brooks v. United States, 29 F. Supp. 2d 613, 618 (N.D. Cal. 1998); see also Fed. R. Civ. P. 55(a). If Plaintiff wishes to go forward with its efforts to obtain default judgment, Plaintiff is ordered to file with the clerk an entry of default by November 14, 2017.

**IT IS SO ORDERED.**

Dated: November 8, 2017

_____
JON S. TIGAR
United States District Judge