Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
BALLARD SPAHR, LLP
1225 17th Street, Suite 2307
Denver, CO 80202
Phone: (303) 376-2400
Fax: (303) 296-3956

Matthew E. Kelley (admitted *pro hac vice*)
email: kelleym@ballardspahr.com
BALLARD SPAHR, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Phone: (202) 508-1112
Fax: (202) 661-2299

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL EQUITY MANAGEMENT (SA) PTY LTD, <br><br> Defendant. | Case No. 17-cv-02053-JST <br><br> **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** <br><br> **Next Hearing: November 16, 2017** <br> **Time: 2:00 p.m.** <br> **Place: Courtroom 9, 19th Floor** |

Plaintiff Electronic Frontier Foundation respectfully requests that the Clerk of the Court enter default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Global Equity Management (SA) Pty Ltd., for failure to plead or otherwise defend, as established in the attached declaration of Matthew E. Kelley.

DATED: November 10, 2017        Respectfully submitted by:

                                        *s/ Matthew E. Kelley*
Matthew E. Kelley (admitted *pro hac vice*)
Email: kelleym@ballardspahr.com
BALLARD SPAHR, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Phone:  (202) 508-1112
Fax:  (202) 661-2299

Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Phone: (303) 292-2400
Fax: (303) 296-3956

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*