Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
BALLARD SPAHR, LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Phone: (303) 376-2407
Fax: (303) 296-3956

Matthew E. Kelley (admitted *pro hac vice*)
email: kelleym@ballardspahr.com
BALLARD SPAHR, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Phone: (202) 508-1112
Fax: (202) 661-2299

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
6605 Hollywood Boulevard, Suite 100
Los Angeles, CA 90028
Phone: (310) 870-7048
Fax: (310) 870-7010

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLOBAL EQUITY MANAGEMENT (SA) ) <br> PTY LTD. ) <br> Defendant. ) <br> ) | Case No. 17-cv-02053-JST <br><br> **DECLARATION OF MATTHEW E. KELLEY** |

DECLARATION OF MATTHEW E. KELLEY
Case No. 17-cv-02053-JST

I, Matthew E. Kelley, hereby declare as follows:

1. I am an attorney with the firm Ballard Spahr LLP and am admitted *pro hac vice* in this action as counsel for Plaintiff Electronic Frontier Foundation ("EFF"). I make this declaration in support of Plaintiff's Request for Entry of Default in this matter.

2. EFF filed its Complaint in this declaratory judgment action against Defendant Global Equity Management (SA) Pty Ltd. ("GEMSA") on April 12, 2017[Dkt. 1]. Plaintiff seeks a declaration pursuant to the SPEECH Act, 28 U.S.C. §§ 4101-05, or, in the alternative, the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, that an injunction GEMSA obtained from an Australian court purporting to restrict EFF's speech is repugnant to the United States Constitution and the laws of California and the United States, and therefore cannot be recognized or enforced in the United States. Compl. at 18 (prayer for relief).

3. On June 30, 2017, EFF filed an Amended Affidavit of Service Upon Global Equity Management (SA) Pty Ltd. [Dkt. 12], demonstrating that on May 2, 2017, GEMSA had been served with the Summons, Complaint, and associated papers pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention"). Magistrate Judge James agreed in the Report and Recommendation that GEMSA was properly served with process. Dkt. 23 at 12.

4. GEMSA's answer or other response to the Complaint was due on May 23, 2017. GEMSA has failed to file an answer or other response or to otherwise appear in this action.

This declaration was executed on November 10, 2017, in Washington, D.C. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Matthew E. Kelley*
Matthew E. Kelley

DECLARATION OF MATTHEW E. KELLEY
Case No. 17-cv-02053-JST

1