Ashley I. Kissinger (No. 193693)
email: kissingera@ballardspahr.com
BALLARD SPAHR, LLP
1225 17th Street, Suite 2307
Denver, CO  80202
Phone: (303) 376-2400
Fax: (303) 296-3956

Matthew E. Kelley (admitted *pro hac vice*)
email: kelleym@ballardspahr.com
BALLARD SPAHR, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Phone:  (202) 508-1112
Fax:  (202) 661-2299

Duffy Carolan (No. 154988)
email: dcarolan@jassyvick.com
Kevin Vick (No. 220738)
email: kvick@jassyvick.com
JASSY VICK CAROLAN
601 Montgomery Street, Suite 850
San Francisco, CA  94111
Phone: (415) 539-3399
Fax: (415) 539-3394

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>                    Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>                    Defendant. | Case No.  17-cv-02053-JST<br><br>**[PROPOSED] ENTRY OF DEFAULT** |

1  Pursuant to Federal Rule of Civil Procedure 55(a), entry of default is hereby ordered against Defendant Global Equity Management (SA) Pty Ltd. ("GEMSA") for failure to plead or otherwise defend, as established in Plaintiff's Request for Entry of Default and the Declaration of Matthew E. Kelley.

DATED:  November ____, 2017

_____
Clerk of U.S. District Court

[PROPOSED] ENTRY OF DEFAULT
Case No. 17-cv-02053-JST