UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                              General Court Number
Clerk of Court                                                                                                        415-522-2000

November 13, 2017

**RE: <u>Electronic Frontier Foundation v. Global Equity Management (SA) Pty Ltd,
       Case Number 3:17-cv-02053-JST</u>**

**Default**  is *entered*  as to Defendant **GLOBAL EQUITY MANAGEMENT (SA) PTY LTD** on **November 13, 2017**.

Susan Y. Soong, Clerk

by: Thelma Nudo
Case Systems Administrator