UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  November 16, 2017                                               Judge:  Jon S. Tigar

Time:  10 minutes

Case No.        **3:17-cv-02053-JST**
Case Name       **Electronic Frontier Foundation v. Global Equity Management (SA) Pty Ltd**

Attorneys for Plaintiff:            Ashley I. Kissinger
                                    Duffy Carolan

                                    Also present:
                                    Kurt Opsahl
                                    Vera Ranieri

Attorney(s) for Defendant(s):       No appearance

Deputy Clerk:  William Noble                                Court Reporter: Debra Pas

### PROCEEDINGS

Electronic Frontier Foundation's Motion for De Novo Determination of Dispostive Matter Referred to Magistrate Judge (ECF No. 27)

### RESULT OF HEARING

1. Motion hearing held.  The motion is under submission.