UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>            Plaintiff,<br><br>    v.<br><br>GLOBAL EQUITY MANAGEMENT (SA) PTY LTD,<br><br>            Defendant. | Case No. 3:17-cv-02053-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 38 |

Pursuant to the Order Regarding Motion for De Novo Determination of Dispositive Matter Assigned to Magistrate Judge signed November 17, 2017, Judgment is hereby entered in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 30, 2017

> Susan Y. Soong
> Clerk, United States District Court
>
> By: _____
> William Noble, Deputy Clerk to the
> Honorable JON S. TIGAR